# EXHIBIT B

## Appendix Index

| Description | Page Number |
|---|---|
| **Key Orders** | |
| Illinois Supreme Court's March 16, 2005 Order Denying Plaintiffs' Conditional Motion for Non-Participation of Justice Karmeier | SF-00001 |
| Illinois Supreme Court's May 20, 2005 Order Denying as Moot Plaintiffs' Motion for Reconsideration of March 16, 2005 Ruling | SF-00002 |
| Illinois Supreme Court's August 18, 2005 *Avery* Opinion reversing $1.05 billion judgment against State Farm | SF-0003-79 |
| Illinois Supreme Court's September 26, 2005 Order Denying Plaintiffs' Petition for Rehearing of *Avery* Opinion | SF-00080 |
| United States Supreme Court March 6, 2006 Ruling Denying Plaintiffs' Petition for a Writ of Certiorari | SF-00081-90 |
| Illinois Supreme Court's November 17, 2011 Order Denying Plaintiffs' Petition to Recall Mandate and Vacate *Avery* Judgment | SF-00091 |
| Illinois Supreme Court's November 17, 2011 Order Granting State Farm's Motion to Strike the Reece and Wojciezak Affidavits | SF-00092 |
| **Key Court Filings**[1] | |
| Petition to Recall Mandate and Vacate August 18, 2005 Judgment (originally filed 9/9/11, refiled 9/13/11) | SF-00093-212 |
|     *Avery v. State Farm Mutual Automobile Insurance Co.*, 216 Ill.2d 100, 835 N.E.2d 801 (2005) | SF-00130-209 |
|     Affidavit of Gordon Ball | SF-00210-212 |
|   Appendix to Petition (originally filed 9/9/11, refiled 9/13/11) | SF-00213-641 |
|     Exhibit 1: ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information | SF-00216 |
|     Exhibit 2: Affidavit of Daniel L. Reece | SF-00217-262 |
|     Exhibit 3: State Farm's Opposition to Appellees' Conditional Motion for Non-Participation (filed 1/31/05) | SF-00263-286 |
|     Exhibit 4: 7/30/11 Affidavit of Douglas B. Wojcieszak (including exhibits such as 1/25/05 Wojcieszak Affidavit) | SF-00287-515 |
|     Exhibit 5: Appellees' Conditional Motion for Non-Participation and Memorandum in Support of Appellees' Conditional Motion for Non-Participation (filed 1/26/05) | SF-00516-541 |

---

[1] Plaintiffs' allegations address or implicate various filings made with the Illinois Supreme Court or United States Supreme Court in the *Avery v. State Farm* litigation from 2005, 2006, and 2011, including Plaintiffs' 2011 Petition to Recall Mandate and Vacate August 18, 2005 Judgment. The appendices submitted to the Illinois Supreme Court in connection with Plaintiffs' Petition to Recall Mandate include the pertinent submissions made by the parties in 2005 and 2006. The pertinent *Avery* filings are presented herein in the same manner they were filed with the Illinois Supreme Court in connection with the Petition to Recall.

| Description | Page Number |
|---|---|
| Exhibit 6: Illinois Supreme Court Notice of Order filed 3/16/05 | SF-00542 |
| Exhibit 7: Transcript of Oral Argument of *Caperton v. A.T. Massey Coal Co., Inc.* | SF-00543-599 |
| Exhibit 8: Brief of Conference of Chief Justices in *Caperton* | SF-00600-641 |
| Motion for Recusal Pursuant to Illinois Supreme Court Rule 63(C) (originally filed 9/9/11, refiled 9/13/11) | SF-00642-655 |
| Response in Opposition to Recall Mandate and Vacate August 18, 2005 Judgment (filed 9/19/11) | SF-00656-695 |
| Appendix to Response in Opposition - Volume 1 | SF-00696-857 |
| Appellees' Conditional Motion for Non-Participation (filed 1/26/05) | SF-00698-725 |
| Memorandum in Support of Appellees' Conditional Motion for Non-Participation (filed 1/26/05) | SF-00726-754 |
| Opposition of Defendant-Appellant State Farm Mutual Automobile Insurance Company to Plaintiffs-Appellees' Conditional Motion for Non-Participation (filed 1/31/05) | SF-00755-857 |
| Appendix to Response in Opposition – Volume 2 | SF-00858-1154 |
| Appellees' Motion for Leave to File Memorandum in Response to Appellant's Opposition to Appellees' Conditional Motion for Non-Participation, Instanter (filed 2/4/05) | SF-00860-862 |
| Memorandum in Response to Appellant's Opposition to Appellees' Conditional Motion for Non-Participation (filed 2/4/05) | SF-00863-882 |
| Supporting Exhibits to Memorandum in Response to Appellant's Opposition to Appellees' Conditional Motion for Non-Participation (including exhibits such as the 2/3/05 Wojcieszak Affidavit) | SF-00883-1044 |
| Opposition of Defendant-Appellant State Farm Mutual Automobile Insurance Company to Plaintiffs-Appellees' Motion for Leave to File Memorandum in Response to Appellant's Opposition to Appellees' Conditional Motion for Non-Participation (filed 2/9/05) | SF-01045-1086 |
| Appellees' Motion to Reconsider the Denial of Conditional Motion for Non-Participation and/or Recusal of Justice Karmeier (filed 3/22/05) | SF-01087-1107 |
| Appellees' Memorandum in Support of Motion to Reconsider the Denial of Conditional Motion for Non-Participation and/or Recusal of Justice Karmeier (filed 3/22/05) | SF-01108-1154 |
| Appendix to Response in Opposition – Volume 3 | SF-01155-1469 |
| Objection of Defendant-Appellant State Farm Mutual Automobile Insurance Company to Plaintiffs-Appellees' Motion to Reconsider the Denial of Conditional Motion for Non-Participation and/or Recusal of Justice Karmeier (filed 3/31/05) | SF-01157-1166 |
| Order denying Appellees' Motion for Reconsideration as moot (filed 5/20/05) | SF-01167-1168 |
| Letter from Hornyak re: Court will issue to the Appellate Court, Circuit Court or other Agency on Sept. 15, 2005, unless a petition for rehearing or motion to stay the mandate is filed (dated 8/18/05) | SF-01169 |
| Plaintiff-Appellees' Petition for Rehearing (filed 9/8/05) | SF-01170-1182 |

| Description | Page Number |
|---|---|
| Appendix to Plaintiff-Appellees' Petition for Rehearing | SF-01183-1195 |
| Letter from the Clerk of Court to Eisenstein re: Supreme Court denied Petition for Rehearing (dated 9/26/05) | SF-01196-1197 |
| Plaintiffs-Appellees Motion to Stay Issuance of the Mandate Pursuant to Supreme Court Rule 368(c) (filed 10/5/05) | SF-01198-1202 |
| Order re: Stay the Mandate of this Court pending Appeal or Application for Certiorari (filed 10/19/05) | SF-01203-1204 |
| Petition for Writ of Certiorari (filed 12/27/05)[2] | SF-01205-1223 |
| Brief in Opposition to Petition for Writ of Certiorari to the Supreme Court of Illinois (filed February 3, 2006) | SF-01224-1261 |
| Reply Brief in Support of Petition for Writ of Certiorari (filed 2/14/06) | SF-01262-1280 |
| Order - Motion by Appellant to lift the stay entered on 10-19-05, issue the mandate, and remand case to Circuit Court with instructions to release State Farm's appeal bond and entertain motions for assessments cost denied as moot (filed 3/22/06) | SF-01281-1282 |
| Order denying Appellees' Motion for Conditional Non-Participation (filed 3/16/05) | SF-01283 |
| Supporting Exhibits offered in support of Appellees' Conditional Motion for Non-Participation (filed 1/26/05) (including 1/25/05 Wojcieszak Affidavit) | SF-01284-1468 |
| Motion to Strike Affidavit of Daniel L. Reece and Accompanying Exhibits Submitted in Support of Plaintiffs' Petition to Recall Mandate and Vacate August 18, 2005 Judgment and Plaintiffs' Motion for Recusal Pursuant to Supreme Court Rule 63(C) (filed 9/19/11) | SF-01470-1487 |
| Motion to Strike Affidavit of Douglas B. Wojcieszak and Accompanying Exhibits Submitted in Support of Plaintiffs' Petition to Recall Mandate and Vacate August 18, 2005 Judgment and Plaintiffs' Motion for Recusal Pursuant to Supreme Court Rule 63(C) (filed 9/19/11) | SF-01488-1506 |
| Response in Opposition to Motion for Recusal Pursuant to Supreme Court Rule 63(C) (filed 9/19/11) | SF-01507-1521 |
| Response to Motion to Strike Affidavit of Daniel L. Reece and Accompanying Exhibits Submitted in Support of Plaintiffs' Petition to Recall Mandate and Vacate August 18, 2005 Judgment and Plaintiffs' Motion for Recusal Pursuant to Supreme Court Rule 63(C) (filed 9/29/11) | SF-01522-1537 |
| Response to Motion to Strike Affidavit of Douglas B. Wojcieszak and Accompanying Exhibits Submitted in Support of Plaintiffs' Petition to Recall Mandate and Vacate August 18, 2005 Judgment and Plaintiffs' Motion for Recusal Pursuant to Supreme Court Rule 63(C) (filed 9/29/11) | SF-01538-1555 |

---

[2] The appendices filed with the Illinois Supreme Court in connection with the Petition to Vacate did not contain the Appendix accompanying the Petition for Writ of Certiorari. A copy of the index for that Appendix can be found at SF-01654 within these exhibits.

| Description | Page Number |
|---|---|
| Motion for Leave to File Reply in Support of Petition to Recall Mandate and Vacate August 18, 2005 Judgment (filed 9/29/11) | SF-01556-1564 |
| Reply in Support of Petition to Recall Mandate and Vacate August 18, 2005 Judgment (filed 9/29/11) | SF-01565-1599 |
| Motion of Defendant-Respondent State Farm Mutual Automobile Insurance Company for Leave to File Surreply in Response to Plaintiffs-Petitioners' Reply Regarding Petition to Recall Mandate and Vacate August 18, 2005 Judgment (filed 10/10/11) | SF-01600-1603 |
| Surreply in Response to Plaintiffs-Petitioners' Reply Regarding Petition to Recall Mandate and Vacate August 18, 2005 Judgment (filed 10/10/11) | SF-01604-1625 |
| Motion of Defendant-Respondent State Farm Mutual Automobile Insurance Company For Leave to File Reply in Support of its Motions to Strike Affidavits of Douglas B. Wojcieszak and Daniel L. Reece and Accompanying Exhibits (filed 10/11/11) | SF-01626-1629 |
| Reply in Support of its Motions to Strike Affidavits of Douglas B. Wojcieszak and Daniel L. Reece and Accompanying Exhibits (filed 10/11/11) | SF-01630-1653 |
| Index of Appendix to Petition for Writ of Certiorari (filed 12/27/05) | SF-01654-1656 |

CH2\11487216.6\07.09.12 04:30