# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF ILLINOIS

**MARK HALE, TODD SHADLE AND
CARLY VICKERS MORSE, ON BEHALF
OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED**

**VERSUS**                    **CASE NO. 3:12-CV-00660-WDS-PMF**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ED MURNANE,
WILLIAM G. SHEPHERD AND CITIZENS
FOR KARMEIER**

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of plaintiffs herein, Mark Hale, Todd Shadle and Carly Vickers Morse, on behalf of themselves and all others similarly situated.

In support of this motion, I state:

1.

I am an attorney licensed to practice law by the Louisiana Supreme Court and a member in good standing in the State of Louisiana since 1967.  The state bar number issued to me is 10421.

2.

I have been admitted to practice before the United States Supreme Court, the United States Fifth Circuit Court of Appeals and the United States District Court for the Eastern, Middle and Western Districts of Louisiana.

3.

I am familiar with the law, facts, and procedures relating to the subject matter of this litigation and represent the named plaintiffs herein.

Accordingly, I ask to be permitted to appear pro hac vice before this Court.

**RESPECTFULLY SUBMITTED:**

August 13, 2012
**DATE**

**/s/ Patrick W. Pendley**
**PATRICK W. PENDLEY (#10421)**
PENDLEY, BAUDIN & COFFIN, L.L.P.
POST OFFICE BOX 71
24110 EDEN STREET
PLAQUEMINE, LA 70764
(225) 687-6396 Telephone
(225) 687-6398 Facsimile
pwpendley@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion and Order has been forwarded to all known counsel of record at addresses available to me on this 13th day of August, 2012.

/s/ Patrick W. Pendley
**PATRICK W. PENDLEY**