IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, TODD SHADLE
and CARLY VICKERS MORES,
on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, EDWARD
MURNANE, WILLIAM G. SHEPHERD,
and CITIZENS FOR KARMEIER,

Defendants.                                              No. 12-0660-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiffs' notice of voluntary dismissal (Doc. 54). Specifically, plaintiffs voluntarily dismiss without prejudice defendant Citizens for Karmeier pursuant to Federal Rule 41(a)(1)(A)(i) and Federal Rule 23. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** defendant Citizens for Karmeier. Further, the Court **DENIES as moot** defendant Citizens for Karmeier's motion to dismiss (Doc. 24).

**IT IS SO ORDERED.**

Signed this 26Orderth day of September, 2012.

Digitally signed by David R. Herndon
Date: 2012.09.26 11:36:21 -05'00'

Chief Judge
United States District Court