IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, TODD SHADLE and
CARLY VICKERS MORSE, on behalf
of themselves and all others similarly
situated,

          PLAINTIFFS

v.        Case No. 3:12-cv-00660-WDS-PMF

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
ED MURNANE, WILLIAM G. SHEPHERD
and CITIZENS FOR KARMEIER

          DEFENDANTS

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Mark Hale, Todd Shadle and Carly Vickers Morse, on behalf of themselves and all others similarly situated.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Arkansas. The state and federal bar number issued to me is 80147.

2. I am familiar with the law, facts, and procedures relating to the subject matter in this litigation.

Accordingly, I ask to be admitted pro hac vice before this Court.

Signed on: April 25, 2013

_____
Signature of Movant – Thomas P. Thrash

Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058 – Telephone
(501) 374-2222 – Facsimile
tomthrash@sbcglobal.net

1