# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| MARK HALE, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | )   Case Number:   3:12-cv-00660-DRH-SCW |
| STATE FARM MUTUAL AUTO., et al. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs Mark Hale, Todd Shadle, and Carly Vickers Morse.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Pennsylvania, New York, and Dist. of Columbia. The state and federal bar numbers issued to me are: PA 202189 and DC 479251.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: May 23, 2013
Date

*Brent W Landau*
Signature of Movant

1604 Locust Street, Second Floor
Street Address

Brent W. Landau
Printed Name

Philadelphia, PA 19103
City, State, Zip