# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| Mark Hale, Todd Shadle, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:12-cv-00660-WDS-PMF |
| State Farm Mutual Automobile Ins. Comp., et al ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Alabama. The state and federal bar numbers issued to me are: ASB-6441-K74S, JACKS6441.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 7-8-13
Date

75 St. Michael St.
Street Address

Mobile, AL 36602
City, State, Zip

Signature of Movant

Sidney W. Jackson, III
Printed Name