# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted January 13, 2014
Decided January 24, 2014

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

RICHARD A. POSNER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 13-3813 | IN RE: <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 3:12-cv-00660-DRH-SCW <br> District Judge David R. Herndon ||

The following are before the court:

1. **PETITION FOR WRIT OF MANDAMUS,** filed on December 17, 2013, by counsel for the petitioner.

2. **WILLIAM G. SHEPHERD'S RESPONSE IN SUPPORT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PETITION FOR WRIT OF MANDAMUS,** filed on December 23, 2013, by counsel for William G. Shepherd.

3. **ED MURNANE'S RESPONSE IN SUPPORT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PETITION FOR WRIT OF MANDAMUS,** filed on December 24, 2013, by counsel for Ed Murnane.

- over -

4.     **ANSWER TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PETITION FOR WRIT OF MANDAMUS,** filed on January 10, 2014, by counsel for Mark Hale, Carly V. Morse, and Todd Shadle.

5.     **WILLIAM SHEPHERD'S MOTION FOR LEAVE TO FILE A JOINDER IN STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS PETITION FOR WRIT OF MANDAMUS,** filed on January 22, 2014, by counsel for William Shepherd.

6.     **REPLY IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS,** filed on January 22, 2014, by counsel for the petitioner.

7.     **ED MURNANE'S REPLY IN SUPPORT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PETITION FOR WRIT OF MANDAMUS**, filed on January 22, 2014, by counsel for Ed Murnane.

**IT IS ORDERED** that the petition for writ of mandamus is **DENIED**. The contentions now made by petitioner can be reviewed on appeal from a final decision, or by permission of both courts under 28 U.S.C. §1292(b).

**IT IS FURTHER ORDERED** that, in light of the disposition of the petition for writ of mandamus, party-in-interest William Shepherd's motion for leave to file a joinder is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)