IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK HALE, TODD SHADLE, and
CARLY VICKERS MORSE, on behalf of
themselves and others similarly situated,**         )
                                                    )
                    **Plaintiffs,**                 )    Case No.   12-cv-660-DRH-SCW
                                                    )
vs.                                                 )
                                                    )
**STATE FARM MUTUAL AUTOMOBILE**                    )
**INSURANCE COMPANY, EDWARD**                       )
**MURANE, and WILLIAM G. SHEPHERD,**                )

                    **Defendant.**

## MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

On June 17, 2014, the Court held a motion hearing on the pending Joint Motion for Protective Order (Doc. 185), Motion to Compel (Doc. 186), and Combined Motion to Quash Subpoenas and Motions for Protective Order (Doc. 189). The following summarizes the Court's findings and rulings at that hearing.

As to the Joint Motion for Protective Order (Doc. 185), the Court **GRANTED IN PART** the motion and adopted Defendants' proposed protective order. The Court made modifications to certain portions of the protective order which are memorialized both in the Court's oral ruling on the record as well as in the protective order entered on the docket.

As to the Motion to Compel, the Court **FINDS AS MOOT** that motion (Doc. 186). All defects with the subpoena have been corrected and all that is left for this Court to decide are the issues presented in Justice Karmeier's motion to quash. The motion to quash (Doc. 189) was **TAKEN UNDER ADVISEMENT** and the Court will withhold ruling on the motion as the parties indicate that they plan to meet and confer on many of the issues raised in the motion. The Court set

a status conference for **July 7, 2014 at 1:30 p.m.** to discuss the status of those discussions.

**IT IS SO ORDERED**.
DATED: June 17, 2014.

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge
