# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| MARK HALE, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:   3:12-cv-00660-DRH-SCW |
| STATE FARM MUTUAL AUTO., et al. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of _Plaintiffs, Mark Hale, Todd Shadle, and Carly Vickers Morse_ .

In support of this motion, I state:

1.     I am an attorney licensed to practice law and a member in good standing in the

State(s) of _Tennessee_ . The state and federal bar numbers issued

to me are: _032945_ .

2.     I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: _September 24, 2014_

Date

_7001 Old Kent Drive_

Street Address

_Knoxville, TN 37919_

City, State, Zip

Signature of Movant

_Lance Baker_

Printed Name