# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Mark Hale, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 12-cv-00660 DRH-SCW |
| State Farm Mutual Automobile Ins. Co., et al. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Edward Murnane__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __See Exhibit A__. The state and federal bar numbers issued to me are: __Illinois: 6204712__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Dec 15, 2014
Date

Signature of Movant

One South Dearborn Street
Street Address

Paul E. Veith
Printed Name

Chicago, Illinois 60603
City, State, Zip

## Exhibit A

I am an attorney licensed to practice law and a member in good standing in the following jurisdictions:

- Illinois
- Sixth Circuit Court of Appeals
- Seventh Circuit Court of Appeals
- Northern District of Illinois
- Western District of Michigan
- Eastern District of Wisconsin