IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, TODD SHADLE, LAURIE            )
LOGER, and MARK COVINGTON, on behalf      )
of themselves and all others similarly situated,  )
                                          )
                Plaintiffs,               )        Case No.  12-cv-00660 DRH-SCW
        v.                                )
                                          )
STATE FARM MUTUAL AUTOMOBILE              )
INSURANCE COMPANY, EDWARD                 )
MURNANE, and WILLIAM G. SHEPHERD,         )
                                          )
                Defendants.               )

**PLAINTIFFS' MOTION TO APPEAL FROM
PORTION OF MAGISTRATE JUDGE'S NON-DISPOSITIVE
MEMORANDUM AND ORDER OF JANUARY 12, 2015**

For the reasons set forth in the accompanying brief in support, Plaintiffs ask that this

Court reconsider and enter an order modifying that portion of the Magistrate Judge's

Memorandum and Order of January 12, 2015 ("January 12 Order") (Doc. 326) granting State

Farm's Motion to Quash Plaintiffs' Subpoena to Robert Shultz (Doc. 302), and directing his

deposition to proceed. Plaintiffs request relief under Fed. R. Civ. P. 72(a), 28 U.S.C. §

636(b)(1)(A), and Local Rule 73.1(a).

The Illinois State Bar Association confirms that while *Avery v. State Farm Mut. Auto.*

*Ins. Co.* was pending before the Illinois Supreme Court, Shultz was appointed to, and actively

participated in, the ISBA Judicial Evaluation Committee's ("Committee") evaluations of Justices

Lloyd Karmeier and Gordon Maag, who were candidates for the Fifth District seat on the Illinois

Supreme Court. Justice Maag had written the Illinois Appellate Court opinion largely affirming

the trial court's judgment in *Avery*. If Justice Karmeier won the election, he could participate in

the Supreme Court's review and adjudication of *Avery*.

Robert Shultz was one of State Farm's principal lawyers in *Avery*, both at trial and on appeal, including the then-pending appeal before the Illinois Supreme Court. He did not recuse himself from evaluating Justices Karmeier and Maag, though he had an obligation to recuse himself if he had reason to believe he could not objectively fulfill his responsibility to interview or evaluate the judicial candidate. Neither Mr. Shultz nor State Farm disclosed Mr. Shultz's participation in the ISBA's vetting process to the Illinois Supreme Court before it adjudicated *Avery*.

Justice Karmeier received a "highly qualified" rating from the ISBA, while Justice Maag received a "qualified" rating. Those evaluations were important to Justice Karmeier's judicial campaign. After Plaintiffs issued a subpoena to depose Mr. Shultz about his role in the Committee's evaluations of Justices Karmeier and Maag, State Farm moved to quash it. In the January 12 Order, the Magistrate Judge quashed the subpoena to Mr. Shultz, applying the qualified judicial evaluation privilege utilized in Illinois under *In re Illinois Judicial Inquiry Board*, 128 Ill. App. 3d 798 (1st Dist. 1984). Plaintiffs respectfully submit that as to Mr. Shultz, the January 12 Order is clearly erroneous and contrary to law, and the requested relief from this Court is appropriate and warranted.

Dated: January 26, 2015

By:   */s/ Robert A. Clifford*
Robert A. Clifford #0461849
George S. Bellas
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Tel: 312-899-9090

By:   */s/ Gordon Ball*
Gordon Ball (TN BPR# 1135)
Law Offices of Gordon Ball
7001 Old Kent Drive
Knoxville, TN 37919
Tel: 865-525-7028
Fax: 865-525-4679

John W. "Don" Barrett
Barrett Law Group, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095-0927
Tel: 662-834-2488

Patrick W. Pendley (LABA #10421)
Nicholas R. Rockforte (LABA #31305)
Pendley, Baudin & Coffin, L.L.P.
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: 888-725-2477

Thomas P. Thrash
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Tel: 501-374-1058

Brent W. Landau
Hausfeld, LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: 215-985-3273

Steven P. Blonder #6215773
Much Shelist, P.C.
191 N. Wacker, Suite 1800
Chicago, IL 60606-2000
Tel: 312-521-2402

Charles F. Barrett
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN 37205
Tel: 615-515-3393

Elizabeth J. Cabraser
Robert J. Nelson
Kevin R. Budner
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000

Steven A. Martino
Richard Taylor
Lloyd Copeland
Taylor Martino, P.C.
51 Saint Joseph Street
Mobile, AL 36602
Tel: 251-433-3131

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated: January 26, 2015

/s/Robert A. Clifford
Attorney for Plaintiffs