# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Mark Hale, et al. <br> *Plaintiff(s)* <br> v. <br> State Farm Mutual Automobile Ins. Co., et al. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number: 3:12-cv-00660 <br> ) <br> ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Mark Hale, Todd Shadle, Mark Covington, and Laurie Loger  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Pennsylvania and the District of Columbia  . The state and federal bar numbers issued to me are:  307665 and 997080, respectively  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Feb 5, 2015
Date

/s/ Jeannine Kenney
Signature of Movant

325 Chestnut St., Suite 900
Street Address

Jeannine M. Kenney
Printed Name

Philadelphia, PA 19106
City, State, Zip