UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| MARK HALE, ET AL. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 12-cv-00660 DRH-SCW |
| STATE FARM , ET AL. ) | |
| *Defendant(s)* ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Plaintiffs .

In support of this motion, I state:

1.  I am an attorney licensed to practice law and a member in good standing in the State(s) of  Illinois . The state and federal bar numbers issued to me are:  6184157 .

2.  I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.


Signed on: Feb 19, 2015                                    /s/ Jonathan L. Loew
            Date                                            Signature of Movant

Much Shelist, P.C., 191 N. Wacker Drive                    Jonathan L. Loew
        Street Address                                      Printed Name

Suite 1800, Chicago, IL 60606
        City, State, Zip