# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Mark Hale, Todd Shadle, et. al. | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 12-cv-00660 DRH-SCW |
| State Farm . . ., Edward Murnane | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Edward Murnane.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6316598.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 25, 2015
Date

121 W. Chestnut St. Apt. 1003
Street Address

Chicago, IL 60610
City, State, Zip

*/s/ Andrew Chinsky*
Signature of Movant

Andrew Jacob Chinsky
Printed Name