UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Mark Hale, et al. )
*Plaintiff(s)* )
v. ) Case Number: 12-cv-660-DHR-SCW
State Farm Mutual Automobile Insurance Co., et al. )
*Defendant(s)* )

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California. The state and federal bar numbers issued to me are: 244953.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Apr 8, 2015                                   /s/ *signature*
Date                                                     Signature of Movant

275 Battery Street, 29th Floor                           Nimish Desai
Street Address                                           Printed Name

San Francisco, CA 94111
City, State, Zip