# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Mark Hale, et al. ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Case Number: 12-cv-00660-DRH-SCW |
| State Farm Mutual Automobile Insurance Co., et al. ) | |
| _Defendant(s)_ ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs Mark Hale, Todd Shadle, Laurie Loger & Mark Covington.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of District of Columbia. The state and federal bar numbers issued to me are: DC 987467.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 4/30/15
Date

Signature of Movant

Hausfeld, 1700 K Street NW, Suite 650
Street Address

Melinda R. Coolidge
Printed Name

Washington, D.C. 20006
City, State, Zip