IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK HALE, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.   12-cv-660-DRH-SCW |
| | ) |
| **STATE FARM MUTUAL AUTOMOBILE** | ) |
| **INSURANCE COMPANY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

On July 8, 2015, the Court held a discovery dispute conference.   The following memorializes the Court's findings and rulings at that hearing.

The Court and the parties worked on narrowing the scope of Plaintiffs' search terms which were originally determined to be overbroad.  The Court narrowed the terms, and its order as to the terms is reflected in the transcript from the hearing.  Of the numerous names that Plaintiffs sought searched in State Farm's files, the Court allowed a sampling of 71 of the terms of Plaintiff's choice. The parties are directed to meet and confer on several remaining terms, including terms: 33, 37, 39, 49, 198, 240, 298, and 344.  The parties are to meet and confer and come prepared to discuss the status of those remaining terms at the next hearing set for **July 22, 2015 at 1:00 p.m.** via telephone conference.

Also at the July 22, 2015 hearing, the parties are to be prepared to talk about remaining issues regarding the file path of State Farm's ESI discovery and any issues with the scheduled Rule 30(b)(6) depositions.  The parties indicated that they would submit briefing on the Rule 30(b)(6) deposition

issues with the parties agreeing to establish a page limit for those brief.

**IT IS SO ORDERED**.
DATED: July 10, 2015.

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge