# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| MARK HALE, et al | ) |
| *Plaintiff(s)* | ) |
| v. | )  Case Number:  3:12-cv-00660 |
| STATE FARM INSURANCE, et al | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of MARK HALE, TODD SHADLE and LAURIE LOGER.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 3122596.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Oct 16, 2015
Date

Signature of Movant: *Erwin Chemerinsky*

Printed Name: Erwin S. Chemerinsky

401 East Peltason Drive, Suite 1000
Street Address

Irvine, CA 92697
City, State, Zip