# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs | Case No. 3:12-cv-00660-DRH-SCW |
| v. | Judge David R. Herndon |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD, | Magistrate Judge Stephen C. Williams |
| Defendants. | |

## DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW

I, Elizabeth J. Cabraser, am a member in good standing of the California State Bar and a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"). I am one of the counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters set forth herein, and would testify competently thereto if called upon to do so. I declare as follows:

- ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████
- ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████

-1-

1277343.1

-2-

1277343.1

■ ██████████████████████████████████████████████
████████████████████████████████████████████
██████████████████

■ ██████████████████████████████████████████████
██████████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████████████████████
█████████████████

■ ██████████████████████████████████████████████
████████████████████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

■ ██████████████████████████████████████████████
████████████████████████████

■ ██████████████████████████████████████████████
████████████████████████████

1277343.1

-4-

-5-

1277343.1

[Page content redacted]

1277343.1

■ ███████████████████████████████████████████████████
████████████████████████████████████████

■ ███████████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

■ ███████████████████████████████████████████████████
████████████████████████████████████

■ ███████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███

■ ███████████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████

■ ███████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███

■ ███████████████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████

■ ███████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███

■ ███████████████████████████████████████████████████
████████████████████████████████████████

Case 3:12-cv-00660-DRH-SCW Document 438-1

■   ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

■   ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████

■   ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

■   ████████████████████████████████████████████
████████████████████████████████████████████████
██████████

■   ████████████████████████████████████████████
████████████████████████████████████████████████
████████

■   ████████████████████████████████████████████
████████████████████████████████████████████████
██

■   ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

■   ████████████████████████████████████████████
████████████████████████

Case 3:12-cv-00660-DRH-SCW   Document 438-1   Filed 10/19/15

1277343.1

-9-

1277343.1

1277343.1

███ ████████████████████████████ -████████████████████████████████████

████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2015, at San Francisco, California.

                                                       /s/ *Elizabeth J. Cabraser*

1277343.1

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(b), I certify that a copy of this DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW was served upon on the following counsel on October 19, 2015, via the Court's CM/ECF system and FedEx.

| | |
|---|---|
| *Counsel for State Farm*<br>Patrick D. Cloud<br>Heyl, Royster, Voelker & Allen<br>Mark Twain Plaza III, Suite 100<br>105 W. Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025 | *Counsel for State Farm*<br>J. Timothy Eaton<br>Taft, Stettinius & Hollister<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601 |
| *Counsel for State Farm*<br>Sheila L. Birnbaum<br>Douglas W. Dunham<br>Ellen P. Quackenbos<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 W. Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212.849.7000 | *Counsel for State Farm*<br>Ronald S. Safer<br>Joseph A. Cancila, Jr.<br>James P. Gaughan<br>Harnaik (Nick) Kahlon<br>Kevin Reidy<br>Patricia Mathy<br>Schiff Hardin, LLP<br>233 S. Wacker Drive, Suite 6600<br>Chicago, IL 60606 |
| *Counsel for State Farm*<br>Jonathan M. Redgrave<br>Redgrave LLP<br>14555 Avion Parkway, Suite 275<br>Chantilly, VA  20151<br>703.592.1155 | *Counsel for William Shepherd*<br>Russell K. Scott<br>Andrew J. Tessman<br>Megha Shah<br>Greensfelder, Kemker & Gale PC<br>12 Wolf Creek Drive, Suite 100<br>Belleville, IL 62226 |
| *Counsel for Ed Murnane*<br>David Gavin Jorgensen<br>Karim Basaria<br>Patrick E. Croke<br>Paul Veith<br>Andrew Chinsky<br>Sidley Austin LLP<br>One S. Dearborn Street, Suite 900<br>Chicago ,IL 60603 | |

                                                                  /s/ *Elizabeth J. Cabraser*