# UNITED STATES DISTRICT COURT
для the
Southern District of Illinois

| MARK HALE ET AL. | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 3:12-CV-00660-DRH-SCW |
| STATE FARM MUTUAL AUTO. INS. CO. ET AL | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  State Farm Mutual Automobile Insurance Company  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Virginia, New Jersey, and District of Columbia  . The state and federal bar numbers issued to me are:  45622, 028822000, and 987947, respectively  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 5, 2015
Date

*Monica McCarroll* (signature)
Signature of Movant

14555 Avion Parkway, Suite 275
Street Address

Monica McCarroll
Printed Name

Chantilly, Virginia  20151
City, State, Zip