IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**MARK HALE, TODD SHADLE,
and LAURIE LOGER, on behalf of
themselves and all others similarly situated,**


**Plaintiffs,**


**v.**


**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, EDWARD
MURNANE, and WILLIAM G. SHEPHERD,**


**Defendants.**                                        **No. 12-0660-DRH**


**<u>MEMORANDUM and ORDER</u>**

Pending before the Court is State Farm's motion for stay pending resolution of its Rule 23(f) petition for appellate review (Doc. 561). Defendants Murnane and Shepherd join the motion to stay.  Plaintiffs do not oppose State Farm's request to vacate and continue the October 15, 2016 deadline for submission of the notice status report and class notice plans; but do object to a stay otherwise (Doc. 568).  Based on the reasons stated in the motion, the Court grants the motion to stay.  The Court recognizes that the Seventh Circuit Court of Appeals may disagree with the

Court's decision to grant class certification.  Further, the Seventh Circuit's decision regarding class certification will have a significant effect on the ultimate disposition of this case.  Thus, the Court finds that it would be imprudent at this stage to proceed further in this matter until the resolution of the class certification appeal.  Accordingly, the Court **STAYS** this matter pending resolution of the class certification appeal.

      **IT IS SO ORDERED.**

      Signed this 14th day of October, 2016**.**

Digitally signed by
Judge David R.
Herndon
Date: 2016.10.14
09:16:38 -05'00'

**United States District Judge**