IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE and LAURIE LOGER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 3:12-cv-00660-DRH-SCW |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD, | |
| Defendants. | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of State Farm Mutual Automobile Insurance Company.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the state of Georgia. The state bar number issued to me is 425727.

2. I have also been admitted to practice in all Georgia appellate courts, the Supreme Court of the United States, the U.S. Court of Appeals for the Fourth, Eleventh, and Federal Circuits, and the U.S. District Court for the Northern, Middle, and Southern Districts of Georgia.

3. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this Court.

Date:  March 15, 2017

/s/ Jonathan Parente
Jonathan D. Parente
Georgia Bar No. 425727
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA  30309
(404) 881-7000
jonathan.parente@gmail.com

*Counsel for Defendant State Farm Mutual Automobile Company*