# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| <u>Mark Hale et al.</u> | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: <u>12-0660-DRH</u> |
| <u>State Farm Mut. Auto Ins. Co., et al.</u> | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of <u>Mark Hale et al.</u>

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of <u>California, District of Columbia, Virginia</u>. The state and federal bar numbers issued to me are: <u>048598, 156844, 16462</u>.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: <u>4/5/17</u>       Signature of Movant: *Stephen Allan Saltzburg*
            Date

<u>2000 H Street N.W.</u>       Printed Name: <u>Stephen Allan Saltzburg</u>
  Street Address

<u>Washington, D.C. 20052</u>
  City, State, Zip