# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, TODD SHADLE, and LAURIE
LOGER on behalf of themselves and all others
similarly situated,

                Plaintiff,

    *v.*

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, EDWARD
MURNANE, and WILLIAM G. SHEPHERD,

                Defendants.

Civil Action No. 3:12-cv-00660-DRH-SCW

Judge David R. Herndon

Magistrate Judge Stephen C. Williams

## <u>MOTION FOR PRO HAC VICE ADMISSION</u>

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of the Chamber of Commerce of the United States and the Institute of Legal Reform, which will seek limited intervention to oppose modification of the Confidentiality Order.

In support of this motion, I state:

    1.   I am an attorney licensed to practice law and a member in good standing in the District of Columbia. The bar number issued to me is 289124.

    2.   I have also been admitted to practice in the Supreme Court of the United States, the U.S. Court of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, and D.C. Circuits, the U.S. Court of Federal Claims, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Colorado, the U.S. District Court for the District of Maryland,

the U.S. District Court for the Eastern District of Michigan, and the U.S. District Court of the

Eastern District of Wisconsin.

      3.   I am familiar with the law, facts, and procedures relating to the subject matter of

this litigation insofar as they bear upon the Chamber and Institute of Legal Reform's

participation.

      Accordingly, I ask to be admitted pro hac vice before this Court.

May 10, 2017                                                Respectfully submitted,


         /s/ Bobby R. Burchfield_____
         Bobby R. Burchfield, Esq.
         D.C. Bar  No. 289124
         **KING & SPALDING** LLP
         1700 Pennsylvania Avenue, NW
         Washington, District of Columbia 20006
         Telephone: 202 626 5524
         Facsimile: 202 626 3737
         Email: bburchfield@kslaw.com

         *Attorney for the Chamber of Commerce of the*
         *United States and the Institute of Legal Reform*