# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>Defendants. | Case No. 3:12-cv-00660-DRH-SCW<br><br>Judge David R. Herndon<br><br>Magistrate Judge Stephen C. Williams |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Mark Hale, Todd Shadle, and Laurie Loger, on behalf of themselves and all others similarly situated.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the states of Arkansas, Missouri, and Tennessee. The Arkansas state bar number issued to me is 95287, the Missouri state bar number issued to me is 49051, and the Tennessee state bar number issued to me is 019982.

2. I have also been authorized to practice before the Supreme Court of the United States; the United States Courts of Appeals for the Second, Third, Sixth, Seventh, Eighth, Ninth, Eleventh, and Federal Circuits; and the United States District Courts for the Eastern and Western Districts of Arkansas, the Western District of Tennessee, and the Eastern District of Michigan.

3.    I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before the Court.

Date:   July 14, 2017

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman
Arkansas Bar No. 95287
Missouri Bar No. 49051
Tennessee Bar No. 19982
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas  72201-1214
(501) 374-1058
mbozeman@thrashlawfirmpa.com

*Counsel for Plaintiffs*