IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>Defendants. | Case No. 3:12-cv-00660-DRH-SCW<br><br>Judge David R. Herndon<br><br>Magistrate Judge Stephen C. Williams |

### DECLARATION OF KRISTOFER S. RIDDLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE FARM'S MOTION FOR SUMMARY JUDGMENT

I, Kristofer S. Riddle, provide the following declaration pursuant to 28 U.S.C. § 1746:

I am a member in good standing of the State Bar of Illinois and an associate attorney at Clifford Law Offices, Chicago, Illinois. I am one of the counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters set forth herein, and would testify competently thereto if called upon to do so.

Exhibit A to Plaintiffs' Opposition to State Farm's Motion for Summary Judgment on Grounds of *Rooker-Feldman*, *Res Judicata*, and Collateral Estoppel is an appendix containing the factual record supporting Plaintiffs' Opposition. For the Court's convenience and ease of reference, each document in Exhibit A has been repaginated with a number beginning with the letters "PA."

1. The document bearing page numbers PA001-0012 is a true and correct copy of

██████████████████████████████████████████████████████████████████████████

████████████████████████████████████.

2. The document bearing page numbers PA0013-0015 is a true and correct copy of the IBRT Annual Report, 2001, produced and bates numbered HALE0000441-0000443.

3. The document bearing page number PA0016 is a true and correct copy of a Memorandum of 1/12/07 from the ICJL Compensation Committee to the ICJL Compensation Review Committee produced by Ed Murnane and bates numbered Murnane021791.

4. The document bearing page numbers PA0017-0027 is a true and correct copy of

██████████████████████████████████████████████████████████████████████████

5. The document bearing page numbers PA0028-0029 is a true and correct copy of

██████████████████████████████████████████████████████████████████████████

████████████████████████████████████

6. The document bearing page number PA0030 is a true and correct copy of an email dated 8/6/04, produced by Ed Murnane and bates numbered Murnane043429.

7. The document bearing page number PA0031 is a true and correct copy of an email thread dated 9/27/05, produced by State Farm and bates numbered HALEM00007290.

8. The document bearing page number PA0032 is a true and correct copy of an email thread ending 3/10/04, produced by Ed Murnane and bates numbered Murnane007026.

9. The document bearing page number PA0033 is a true and correct copy of an email thread ending 6/22/05, produced by Ed Murnane and bates numbered Murnane040202.

10. The document bearing page numbers PA0034-35 is a true and correct copy of an email dated 8/18/05, produced by State Farm and bates numbered HALEM00000284-285.

11. The document bearing page numbers PA0036-37 is a true and correct copy of █████████████████████████████████████████████████████████████████████████

12. The document bearing page number PA0038 is a true and correct copy of a Memorandum from Ed Murnane to ICJL Executive Committee dated 1/12/07, produced by the ICJL and bates numbered ICJL000013.

13. The document bearing page number PA0039 is a true and correct copy of an email 4/12/04, produced by Ed Murnane and bates numbered Murnane011058.

14. The document bearing page number PA0040 is a true and correct copy of the Agenda, ICJL Conference on the 5th Judicial District, 1/22/04, produced by Ed Murnane and bates numbered Murnane002569.

15. The document bearing page number PA0041 is a true and correct copy of the List of Attendees, ICJL Conference on the 5th Judicial District, 7/1/04, produced by Ed Murnane and bates numbered Murnane003449.

16. The document bearing page number PA0042 is a true and correct copy of an email 7/8/04, produced by Ed Murnane and bates numbered Murnane066514.

17. The document bearing page numbers PA0043-0044 is a true and correct copy of ████████████████████████████████████████████████████████████████████████████████████████████████████

18. The document bearing page numbers PA0045-0046 is a true and correct copy of ████████████████████████████████████████████████████████████████████████████████████████████████████

19. The document bearing page numbers PA0047-0067 is a true and correct copy of the ICJL PowerPoint Presentation, 2004, produced by Ed Murnane and bates numbered Murnane000237-57.

20. The document bearing page numbers PA0068-0073 is a true and correct copy of the Memorandum from Ed Murnane to Carter Hendren, 1/6/04, produced by Ed Murnane and bates numbered Murnane003162-67.

21. The document bearing page numbers PA0074-0078 is a true and correct copy of Murnane Notes of Remarks to CJRG produced by Ed Murnane and bates numbered Murnane006045-6049.

22. The document bearing page numbers PA0079-0202 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23. The document bearing page numbers PA0203-0204 is a true and correct copy of an email dated 7/26/03, produced by Ed Murnane and bates numbered Murnane006075-76.

24. The document bearing page numbers PA0205-208 is a true and correct copy of the Preliminary Political Plan for Fifth District of Illinois produced by Dwight Kay and bates numbered Hale 073-76.

25. The document bearing page numbers PA0209-0215 is a true and correct copy of an email dated 8/5/03, produced by Dwight Kay and bates numbered Hale 077-83.

26. The document bearing page numbers PA0216-0261 is a true and correct copy of the IBRT/ICJL PowerPoint Presentation, 2004, produced by Ed Murnane and bates numbered Murnane005374-5779.

27. The document bearing page numbers PA0262-0283 is a true and correct copy of the Agenda, IBRT Annual Meeting, 2003 produced by Ed Murnane and bates numbered Murnane003969-003990.

28. The document bearing page numbers PA0284 is a true and correct copy of an email thread ending 1/25/04, produced and bates numbered HALE0001495.

29. The document bearing page numbers PA0285-0286 is a true and correct copy of an email dated 9/29/09 produced by Ed Murnane and bates numbered Murnane023658-59.

30. The document bearing page number PA0287 is a true and correct copy of an email dated 2/6/04, produced by Dwight Kay and bates numbered Hale 0722.

31. The document bearing page number PA0288 is a true and correct copy of an email thread ending 1/9/04, produced by Ed Murnane and bates numbered Murnane001673.

32. The document bearing page number PA0289 is a true and correct copy of an email dated 10/29/04, produced by Cliff Pintak and bates numbered PINTAK00004944.

33. The document bearing page numbers PA0290-0292 is a true and correct copy of an email thread ending 2/4/04, produced by Ed Murnane and bates numbered Murnane003714-16.

34. The document bearing page numbers PA0293-0294 is a true and correct copy of the Excerpt of Deposition of S. Tomaszewski, 9/10/15.

35. The document bearing page number PA0295 is a true and correct copy of an email thread ending 7/13/04, produced by Ed Murnane and bates numbered Murnane004415.

36. The document bearing page number PA0296 is a true and correct copy of the Sequoyah Information Systems Invoice to ICJL, 3/31/04, produced by State Farm and bates numbered HALEM00004995.

37. The document bearing page numbers PA0297 is a true and correct copy of an email dated 5/6/04, produced by Ed Murnane and bates numbered Murnane002468.

38. The document bearing page number PA0298 is a true and correct copy of an email dated 7/30/04, produced by Ed Murnane and bates numbered Murnane004593.

39. The document bearing page numbers PA0299-0300 is a true and correct copy of an email dated 6/23/04, produced by Ed Murnane and bates numbered Murnane009146-47.

40. The document bearing page number PA00301 is a true and correct copy of an email thread ending 1/19/04, produced by Ed Murnane and bates numbered Murnane001719.

41. The document bearing page number PA0302 is a true and correct copy of an email dated 9/18/04, produced by Ed Murnane and bates numbered Murnane069825.

42. The document bearing page numbers PA0303-0305 is a true and correct copy of the August/October, 2004 calendar of S. Tomaszewski produced by Steve Tomaszewski as the ninth document of his production.

43. The document bearing page number PA0306 is a true and correct copy of an email string ending 5/26/04, produced by Dwight Kay and bates numbered Hale 1022.

44. The document bearing page numbers PA0307-0314 is a true and correct copy of the notes of Regina Dillard, 5/24/04, produced by State Farm and bates numbered HALEM00000033-40.

45. The document bearing page numbers PA0315-0328 is a true and correct copy of ███████████████████████████████████████

46. The document bearing page numbers PA0329-0330 is a true and correct copy of an email string ending 4/12/10 produced by ICJL and bates numbered ICJL001643-44.

47. The document bearing page numbers PA0331-0332 is a true and correct copy of ██████████████████████████████

48. The document bearing page numbers PA0333-0360 is a true and correct copy of the PowerPoint presentation of IBRT/ICJL, 9/11/03, produced by Ed Murnane and bates numbered Murnane000266-93.

49. The document bearing page numbers PA0361-0507 is a true and correct copy of the Expert Report of Thomas A. Myers.

50. The document bearing page numbers PA0508-0520 is a true and correct copy of correspondence of Samuel Skinner of the U.S. Chamber Institute for Legal Reform dated 1/23/03, produced by the USCC and bates numbered USCC-004294-4306.

51. The document bearing page numbers PA0521-0522 is a true and correct copy of the RSVP List, U.S. Chamber Institute For Legal Reform 1/28/04 Board Meeting, produced by the USCC and bates numbered USCC-000886-87.

52. The document bearing page numbers PA0523-0524 is a true and correct copy of an email thread ending 10/29/03, produced by State Farm and bates numbered HALEM00020543-44.

53. The document bearing page numbers PA0525-0645 is a true and correct copy of the Program, U.S. Chamber Institute for Legal Reform Donor Representatives Meeting, 2003, produced by the USCC and bates numbered USCC-5399-5519.

54. The document bearing page numbers PA0646-0666 is a true and correct copy of a memorandum from Agnes Warfield to Lisa Rickard, 9/7/12, produced by the USCC and bates numbered USCC-003231-3251.

55. The document bearing page numbers PA0667-0686 is a true and correct copy of the U.S. Chamber Form 990 Return of Organization Exempt from Income Tax, 2004, produced by State Farm and bates numbered SFHALE0000378-397.

56. The document bearing page numbers PA0687-0709 is a true and correct copy of the American Tort Reform Association Form 990 Return of Organization Exempt from Income Tax, 2004, produced by ATRA.

57. The document bearing page numbers PA0710-0712 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

58. The document bearing page numbers PA0713-0714 is a true and correct copy of correspondence from K. Brunner and T. Gottschalk of Civil Justice Reform Group to D. Bain dated 7/30/04, produced by State Farm and bates numbered HALEM0000859-860.

59. The document bearing page number PA0715 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

60. The document bearing page numbers PA0716-0717 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

61. The document bearing page number PA0718 is a true and correct copy of the ICJL Board of Directors produced by Murnane and bates numbered Murnane006193.

62. The document bearing page number PA0719 is a true and correct copy of the Statement of Ed Murnane produced by Murnane and bates numbered Murnane000053.

63. The document bearing page numbers PA0720-0721 is a true and correct copy of the Illinois Chamber Officers and Directors, 2002-2003, produced by the ISCC and bates numbered ISCC001128, 1218.

64. The document bearing page numbers PA0722-0724 is a true and correct copy of the Illinois Chamber of Commerce Executive Meeting Minutes, 2/26/04, produced by the ISCC and bates numbered ISCC00152-54.

65. The document bearing page numbers PA0725-0726 is a true and correct copy of the Funding Solicitation for JUSTPAC and Citizens for Karmeier produced by Murnane and bates numbered Murnane066276-77.

66. The document bearing page numbers PA0727 is a true and correct copy of correspondence from T. Donohue to Ed Rust, 11/16/99, produced by the USCC and bates numbered USCC-003344.

67. The document bearing page numbers PA0728-0732 is a true and correct copy of the Wall Street Journal article of 9/11/01, Business Lobby Recovers its Clout by Dispensing Favors for Members, available at https://www.wsj.com/articles/SB1000154119792193346.

68. The document bearing page numbers PA0737-0738 is a true and correct copy of correspondence from Tom Donohue to Ed Rust, 9/19/01, produced by the USCC and bates numbered USCC-003358-59.

69. The document bearing page numbers PA0739-0755 is a true and correct copy of a memorandum from Agnes Warfield to Tom Donohue, 7/25/01, produced by the USCC and bates numbered USCC-004331-4347.

70. The document bearing page number PA0756 is a true and correct copy of correspondence from Tom Donohue to Ed Rust, 10/5/00, produced by the USCC and bates numbered USCC-003422.

71. The document bearing page numbers PA0757-0776 is a true and correct copy of a memorandum from Agnes Warfield to Tom Donohue, 1/27/04, produced by the USCC and bates numbered USCC-004422-4441

72. The document bearing page numbers PA0777-0793 is a true and correct copy of the U.S. Chamber of Commerce memo, 11/24/03, produced by the USCC and bates numbered USCC-004369-4373.

73. The document bearing page number PA0794 is a true and correct copy of notes from Tom Donahue meeting with Ed Rust, 2/4/04, produced by the USCC and bates numbered USCC-004471.

74. The document bearing page numbers PA0795-0809 is a true and correct copy of a U.S. Chamber of Commerce memo, 3/4/04, produced by the USCC and bates numbered USCC-004457-4471.

75. The document bearing page numbers PA0810-0811 is a true and correct copy of correspondence from Tom Donahue to Ed Rust, 5/28/02, produced by the USCC and bates numbered USCC-003363-3364.

76. The document bearing page numbers PA0812 is a true and correct copy of an email thread ending 8/26/03, produced by the USCC and bates numbered USCC-006229.

77. The document bearing page numbers PA0813-0815 is a true and correct copy of an email thread ending 4/26/04, produced by State Farm and bates numbered HALEM00013785-787.

78. The document bearing page numbers PA0816-0822 is a true and correct copy of

79. The document bearing page number PA0823 is a true and correct copy of an email thread ending 5/4/04, produced by Ed Murnane and bates numbered Murnane003912.

80. The document bearing page numbers PA0824 is a true and correct copy of an email thread ending 5/18/04, produced by Ed Murnane and bates numbered Murnane003004.

81. The document bearing page numbers PA0825-0902 is a true and correct copy of the Deposition Transcript of Sherman "Tiger" Joyce, 5/21/15.

82. The document bearing page numbers PA0903-0905 is a true and correct copy of the JUSTPAC Confidential Update on the Fifth District Supreme Court race, 2/20/04, produced by Ed Murnane and bates numbered Murnane001949-51.

83. The document bearing page numbers PA0906-0907 is a true and correct copy of the ATRA Letter to State Farm and $50,000 deposit slip, 10/6/04, produced by ATRA as the fourth document in its production.

84. The document bearing page number PA0908 is a true and correct copy of the ATRA Letter and $50,000 Check to JUSTPAC, 10/6/04, produced by ATRA as the tenth document in its production.

85. The document bearing page numbers PA0909-0918 is a true and correct copy of Kim Brunner CJRG Tucson Retreat Ideas, 3/2/06, produced by State Farm and bates numbered HALEM00000894-903.

86. The document bearing page numbers PA0919-0920 is a true and correct copy of a ██████████████████████████████████████████████████████████

██████████████████████████████████████████

87. The document bearing page numbers PA0921-0924 is a true and correct copy of ██████████████████████████████████████████████████████████████████ ████

88. The document bearing page numbers PA0925-0927 is a true and correct copy of ██████████████████████████████████████████

89. The document bearing page numbers PA0928 is a true and correct copy of █ ██████████████████████████████████████████████████████████████████

90. The document bearing page numbers PA0929-931 is a true and correct copy of █ ███████████████████████████████████████████████████

91. The document bearing page number PA0932 is a true and correct copy of █ ██████████████████████████████████████████████████████████████████

92. The document bearing page numbers PA0933-0944 is a true and correct copy of ██████████████████████████████████████████████████████████████████ ████████████████████████████████

93. The document bearing page numbers PA0945-0949 is a true and correct copy of ████████████████████████████████████

94. The document bearing page number PA0950 is a true and correct copy of █ ██████████████████████████████████████████████████████████ ██████████████████

95. The document bearing page numbers PA0951-0952 is a true and correct copy of ██████████████████████████████████████████████████████████████████ ████████████████████████████

96.  The document bearing page numbers PA0953-0956 is a true and correct copy of ▮

97.  The document bearing page numbers PA0957-0958 is a true and correct copy of ▮

98.  The document bearing page number PA0959 is a true and correct copy of ▮

99.  The document bearing page number PA0960 is a true and correct copy of ▮

100. The document bearing page number PA0961 is a true and correct copy of ▮

101. The document bearing page number PA0962 is a true and correct copy of ▮

102. The document bearing page numbers PA0963-0964 is a true and correct copy of ▮

103. The document bearing page numbers PA0965-1022 is a true and correct copy of the Deposition Transcript of Robert Shultz, 5/1/15.

104. The document bearing page numbers PA1023-1024 is a true and correct copy of an article detailing the 2004 ISBA Judicial Ratings available at http://thesouthern.com/news/state-bar-releases-supreme-court-candidate-evaluations/article_4a796d65-67a0-530e-a81b-197cb1fe01bd.html.

105. The document bearing page numbers PA1025-1026 is a true and correct copy of an article Detailing the 2004 ISBA Judicial Ratings available at:

http://madisonrecord.com/stories/510558645-isba-karmeier-better-qualified-than-maag

106. The document bearing page number PA1027 is a true and correct copy of an email thread ending 6/19/09, produced by Ed Murnane and bates numbered Murnane065570.

107. The document bearing page numbers PA1028-1130 is a true and correct copy of the State Farm's Opposition to Plaintiffs' Conditional Motion for Non-Participation in *Avery*, filed 1/31/2005.

108. The document bearing page numbers PA1131-1170 is a true and correct copy of the State Farm's Response In Opposition To Petition To Recall Mandate And Vacate August 18, 2005 Judgment in *Avery*, filed 9/19/2011.

109. The document bearing page numbers PA1171-1180 is a true and correct copy of the Campaign for 2016 Chronology.

110. The document bearing page numbers PA1181-1214 is a true and correct copy of the Expert Report of Charles G. Geyh.

111. The document bearing page numbers PA1215-1232 is a true and correct copy of the *Avery* judgment, entered on 10/8/99.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed on July 31, 2017         By: /s/*Kristofer S. Riddle*
                                      Kristofer S. Riddle