IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, TODD SHADLE,
and LAURIE LOGER, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, EDWARD
MURNANE, and WILLIAM G. SHEPHERD,

Defendants.                                  No. 12-0660-DRH

## ORDER APPOINTING NOTICE PLAN

**HERNDON, District Judge:**

Pending before the Court is plaintiffs' unopposed request for approval of the Class Certification Plan prepared by Hilsoft Notifications and submitted with their April 13, 2018 letter. Upon consideration of the Notice Plan and its attachments, the Court **FINDS** that the Notice Plan constitutes the best notice practicable and therefore **GRANTS** plaintiffs' request and **APRROVES** the Notice Plan. With respect to the one disagreement among the parties as to the language, the Court **FINDS** proper the following language:

> "The lawsuit claims that State Farm, Ed Murname and William Shepherd (the defendants) violated the RICO statute in an attempt to overturn, in the Illinois Supreme Court, a $1.05 billion judgment in favor of approximately 4.7 million State

Farm policyholders, which would allow State Farm to avoid paying the amount of the judgment rendered in plaintiffs' favor in the trial court."

The Court in ruling on the dispute between the parties regarding the language of this sentence notes that both parties' rendition is accurate, but neither side presents a complete explanation of the nature of the lawsuit needed to give the class members the concise reason for the litigation. Finally, the Court **DIRECTS** that the Notice Plan be implemented according to its terms and on the following schedule:

| Description | Date | Timing |
| --- | --- | --- |
| Notice Plan Begins (Case Website and Toll-Free Live – Press Release Issued) | May 16, 2108 | Approximately 30 days after the date of this Order |
| Mailed Notice Begins | May 16, 2018 | Approximately 30 days after the date of this Order |
| Online Portion of Media Plan Begins | May 16, 2018 | Approximately 30 days after the date of this Order |
| Print Ads appear in *People* and *Sports Illustrated* | May 31, 2018 | Approximately 45 days after the date of this Order |
| End of Notice Period (Online Media Ends) | June 15, 2018 | Approximately 60 days after the date of the Order |
| Exclusion Deadline | August 14, 2018 | Approximately 120 days after the date of this Order |
| Notice Plan Implementation Declaration and Exclusion Report Filed with the Court | August 24, 2018 | Approximately 130 days after the date of this Order |

**IT IS SO ORDERED.**

Judge Herndon
2018.04.16 09:30:09
-05'00'

**United States District Judge**