Exhibit 7

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - x

MARK HALE, TODD SHADLE, LAURIE, :

LOGER, and MARK COVINGTON, on :

Behalf of themselves and all :

Others similarly situated, :

        Plaintiffs, :

v. : CASE NO.

STATE FARM MUTUAL AUTOMOBILE :3:12-cv-00660-DRH-SCW

INSURANCE COMPANY, EDWARD :

MURNANE and WILLIAM G. SHEPHERD,:

and CITIZENS FOR KARMEIER, :

        Defendants. :

- - - - - - - - - - - - - - - - - x

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF LISA RICKARD

Washington, D.C.

Friday, August 14, 2015

9:45 a.m.

Reported by:

Cassandra E. Ellis, RPR

Job No.: 14660

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 138

```
 1          A    Yes, we listen to them in meetings, and we
 2   listen to them in individual phone calls or visits
 3   that they make, where they describe problems that
 4   they're experiencing in the litigation arena.  And
 5   then we also cull a lot of information from the trade
 6   press.
 7          Q    Does any individual member of ILR direct
 8   ILR's priorities?
 9          A    Absolutely not.
10          Q    Did State Farm ever control the Chamber or
11   ILR's priorities?
12          A    Absolutely not.
13          Q    Do board members vote on specific amounts
14   of money to be spent on specific states?
15          A    No, they don't.
16          Q    You testified that with regard to the
17   amounts of money that were spent in specific states in
18   2004, in the political arena, you decided those
19   amounts; is that right?
20          A    With input from Rob and the staff, yes.
21          Q    And did you -- did State Farm ever try to
22   control the decisions that you made?
23          A    No.  State Farm never tried to control any
24   decision that I made or anyone on my staff made.
25          Q    Did State Farm ever suggest to you that --
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 139

1    that ILR ever spend a specific amount of money in
2    Illinois?
3         A    No.  State Farm never discussed amounts of
4    money to spend in Illinois.
5         Q    Or anywhere else, for that matter?
6         A    Or anywhere else, yes, that's accurate.
7         Q    Can a board member direct that its
8    company's contribution to ILR can only be used for a
9    particular purpose?
10        A    No.  We have a no earmarking policy.  So
11   everybody's money comes into a general pot and then
12   the determination on how to spend that money is staff
13   driven.
14        Q    Now, you talked about the election task
15   force, did the election task force meet in person?
16        A    Not that I recall, no.
17        Q    How did it meet?
18        A    By teleconference.
19        Q    And what would happen during these
20   teleconferences?
21        A    I would generally give an opening statement
22   and Rob Engstrom would run through an update on the
23   state of play in different -- in different races, for
24   state Supreme Court, state AG races, and, to a lesser
25   degree, gubernatorial races.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 141

1  tier two or three and that it should be a higher
2  level, but rarely would they send it any other
3  direction.
4      Q   Did State Farm ever direct ILR to spend the
5  money that it contributed to ILR in any particular
6  way?
7      A   No, they never did.
8      Q   Did State Farm ever direct the Chamber to
9  spend its dues or other contributions in any way?
10     A   No.
11     Q   Did it have the power to do that?
12     A   No, they did not.
13     Q   And do you make that clear to all of your
14 members?
15     A   We make that very clear to all of our
16 members.  This is a staff-driven organization and it
17 was set up to be a staff-driven organization.
18     Q   Now, you were asked a little bit about the
19 tiers and specifically Illinois being a tier one race.
20 In 2002, when you arrived at ILR, was Illinois an
21 important state to ILR?
22     A   I arrived in March of 2003.
23     Q   Of `03, sorry.
24     A   And Illinois was a very important state,
25 across the board, to ILR, I determined right away, to

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 150

1   different states across the nation, a voter education,

2   and we'll review what our -- what we would like our

3   plans to be for the upcoming year.

4         They will set -- the staff will propose

5   numbers around their programs based on the lobbying

6   activity, the research that they want to have done,

7   those kinds of things.  And then we'll determine an

8   overall budget for the organization which is then

9   taken to the board.

10      Q  Now, does any ILR member have any role in

11  setting these budget amounts?

12      A  No, none whatsoever.

13      Q  Was -- was those budgeted amounts

14  influenced in any way by any specific member's

15  contribution to ILR?

16      A  No, not at all.

17      Q  Did State Farm determine any budgeted

18  amount of money for Illinois or any other state?

19      A  No.

20      Q  Did State Farm play any role in setting a

21  budgeted amount for Illinois or any other state?

22      A  No.

23      Q  You were asked about the audit committee.

24  Does the audit committee have anything to do with

25  setting policy for ILR?

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 153

```
 1         Q    And does the reference to Stan Anderson, in
 2   this context, help your interpretation of that remark?
 3         A    Yes, I believe so.
 4         Q    And how so?
 5         A    Because he was, at that point in time, he
 6   had oversight over the litigation center.  He was also
 7   involved with ILR.  But he had oversight over the
 8   litigation center.
 9         Q    Now, you were asked about monies that were
10   actually spent by the ILR, in Illinois, both the
11   Illinois Republican party and other expenditures of
12   money in Illinois in 2004; do you recall those
13   questions?
14         A    Yes, some of them.
15         Q    Who decided how much and how to spend that
16   money?
17         A    The staff decides, I'm the ultimate
18   decision maker, but a recommendation is made by staff,
19   as well, but it is completely staff driven.
20         Q    Did State Farm have any role in determining
21   or even suggesting how much money ILR should spend in
22   Illinois in 2004?
23         A    No, State Farm did not.
24         Q    Did State Farm have any role in determining
25   or even suggesting how ILR spent its resources in
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 154

```
 1    Illinois in 2004?
 2         A    No.
 3         Q    Okay.  If I could have one moment, please.
 4              Sorry, one -- one final thing, you were
 5    asked, with regard to deposition Exhibit Rickard 7,
 6    you -- which are -- you said were draft notes of
 7    yours, of your remarks, that were put together before
 8    the meeting; do you recall that testimony?
 9              MR. BLONDER:  Object.  Objection,
10    mischaracterizes testimony with respect to drafts.
11         A    It could have been a draft, it could have
12    been the final, but they were prepared before the
13    meeting.
14         Q    And that was for the January 28th, 2004
15    meeting; is that right?
16         A    Correct.
17         Q    And you don't know whether or not you gave
18    those remarks in that manner, do you?
19         A    I -- I don't know if I gave them exactly in
20    this manner.  But it would have been an outline that I
21    would follow, generally.
22         Q    Okay.  Now, with regard to the January
23    28th, 2004 board of directors meeting, at which you
24    would have made some remarks, do you recall whether Ed
25    Rust was present at that board meeting?
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 161

```
 1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2          I, Cassandra E. Ellis, Registered Professional
 3   Reporter, the officer before whom the foregoing
 4   proceedings were taken, do hereby certify that the
 5   foregoing transcript is a true and correct record of
 6   the proceedings; that said proceedings were taken by
 7   me stenographically and thereafter reduced to
 8   typewriting under my supervision; and that I am
 9   neither counsel for, related to, nor employed by any
10   of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12          IN WITNESS WHEREOF, I have hereunto set my hand
13   this 27th day of August 2015.
14   My commission expires:
15   December 14, 2017
16
17
18   _____
19   NOTARY PUBLIC IN AND FOR
20   THE DISTRICT OF COLUMBIA
21
22
23
24
25
```