Exhibit 15

| | |
|---|---|
| **From:** | Robert A. Clifford [rac@CliffordLaw.com] |
| **Sent:** | Monday, April 04, 2005 10:23 AM |
| **To:** | Doug Wojcieszak |
| **Cc:** | Tom Denton |
| **Subject:** | RE: QUICK QUESTION... |

Absolutely.

>-----Original Message-----
>**From:** Doug Wojcieszak [mailto:doug@tacticalconsultingllc.com]
>**Sent:** Monday, April 04, 2005 8:23 AM
>**To:** Robert A. Clifford
>**Cc:** 'Tom Denton'
>**Subject:** QUICK QUESTION...
>
>Bob,
>
>May I show the Karmeier white paper to Steve Tillery's office?  They might find some useful information in that paper for their case against Philip Morris that is currently pending before the high court.
>
>Doug

DENTON0025673