IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, LAURIE LOGER, and MARK COVINGTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ED MURNANE, AND WILLIAM G. SHEPHERD<br><br>Defendants. | Cause No. 3:12-cv-00660-DRH-SCW |

**DEFENDANT WILLIAM G. SHEPHERD'S JOINDER IN DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S TRIAL BRIEF (DKT. 898)**

Defendant, William G. Shepherd, through his attorneys, respectfully files this Joinder in the Trial Brief filed by Defendant State Farm Mutual Automobile Insurance Company ("State Farm") in this matter on August 21, 2018 (DKT. 898).

Defendant Shepherd hereby adopts and incorporates each and every argument made in the Trial Brief filed by State Farm including each exhibit filed in support thereof.

WHEREFORE, Defendant William G. Shepherd joins in Defendant State Farm Mutual Automobile Insurance Company's Trial Brief.

Dated: August 21, 2018

        Respectfully submitted,

        WILLIAM G. SHEPHERD

        By:   /s/ Russell K. Scott
             One of His Attorneys
             Russell K. Scott, #02533642
             GREENSFELDER, HEMKER & GALE, P.C.
             12 Wolf Creek Street, Suite 100
             Belleville, IL 62226

        *Attorneys for Defendant William G. Shepherd*

CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant William G. Shepherd's Joinder In Defendant State Farm Mutual Automobile Insurance Company's Trial Brief (Dkt.898) was served upon counsel of record on August 21, 2018, via the Court's CM/ECF system.

        /s/ Russell K. Scott