CJRG – 3/23/06 Tucson Retreat
Ideas

- Perspective from a General Counsel

  - Nature of my job

- I try to stay pretty close to the comings and goings in the CJ world

  - Probably closer than many of my GC colleagues, NOT because I work harder or am more dedicated than they are…

  - But because I work for and represent a company whose very products are interwoven into the CJ system

  - But I can't stay close as I'd like; I get distracted and pulled in all directions

  - That's why I need help from you to keep me focused on our CJ objectives

- General comment/Observation: The overall wellbeing of our nation's and our states' economies is ever more closely linked to the degree of balance in the CJ system

EXHIBIT 2

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000894PROD

- o The fortunes of the private sector are heavily affected by that balance

➢ Daimler Chrysler CEO Tom LaSorda: "Unfortunately the out-of-control legal environment in which we operate today is a big drag on U.S.-based companies' competitiveness."

- o Ref. recently-released Tillinghast report, too

➢ The job of maintaining balance in the CJ system is difficult and never "done". It's a constant work in progress

- o But we are clearly making progress

➢ A few current examples: FL HB 145 passed House 93-27 (provides for proportionate allocation of economic damages based on relative fault)

- o Critically important, common sense bill

- o Needs to navigate through the FL Senate (SB 2006)

2

- o Note fine work in partnership with FL Justice Reform Institute and in getting Governor Bush firmly on board (J&S is "job killer the first degree"

➢ PA J&S requires D to be at least 60% liable before being held J&S liable

- o Has passed both chambers; eyes now trained on the governor, who has vetoed such legislation on a prior occasion

➢ These developments are building upon the noteworthy successes of recent years

In '05:

+ CAFA—enacted after 8 long years (Marsha) – producing good early results

+ Missouri comprehensive reform legislation signed by Governor Blount in '05 (Samina)

+ Georgia (Mark Holden and Mark Chenoweth of Koch Ind.) which passed reforms similar to MO's (also '05)

+ South Carolina in '05 also

3

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000896PROD

+ TX silica/asbestos (Pickle, Ken Cohen, Chuck Beach)—sequel to '03 reforms

In '04:

+ Ohio (Dan Steen of Owens, IL, Donn Kremel of Illinois Tool Works)

+ Mississippi (Caterpillar and MetLife – Greg Redmond)

> Particularly important in light of stress being placed on CJ system post '05 hurricanes

+ On initiative front, passage of Prop 65 (Shewmaker and Schey)

> A lousy way to make good public policy BUT unfortunately one that's occasionally needed

➢ Efforts to balance the courts bear mention

- Defeat of Justice McGraw in WV (Petito)

- Election of Justice Karmeier in IL (Anderson)
    - '04 (15 months ago)

4

- Will be challenged in this year's election cycle to maintain balance on the courts where we have it

- Will our CJ successes fuel more creative lawsuits? Present new challenges?

    - My personal view? Yes, definitely.

    - If so, do we need to consider more stringent penalties for filing frivolous lawsuits?

- Other areas we might explore more rigorously: Adding regulatory/government defenses (or exceptions) to state deceptive practices laws (ref. <u>Price v. Phillip Morris</u>)

    - Is plaintiff attorney exploitation of deceptive acts/practices acts the "next frontier" (I say a strong "maybe")

    - We need to match the creativity of enterprising contingency fee attorneys

- We need to stay close to reactions prompted by CJ successes

5

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000898PROD

- - e. g., CAFA, will our experience post-CAFA guide us to further reforms at the federal level?

  - Do we need to sharpen our attention to state class actions rules to bring them into closer conformity with the federal class action rules?

  - Will state AGs become more active as they are insinuated into the settlement process under CAFA?

- Another "frontier" we must recognize as a threat to a balanced civil justice system—public nuisance law-based actions that bypass the traditional requirements of product liability law.

  - Example: Rhode Island AG's suit against paint makers

  - What jurisdiction will be next? (beyond NJ)

  - What manufacturers might be next?

  - Note how efforts to apply nuisance laws to gun manufacturers prompted Congress and the states to consider broad immunity laws

6

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000899PROD

- The rising costs of tort litigation remain a real, everyday threat

  - For a segment of our bad faith cases, average fees and expenses have risen from $47,000 per case in '03 to $119,000 in '05, a jump of over 150% in just 2 years

  - And this is <u>after</u> the landmark U.S. Supreme Court ruling in <u>SF v. Campbell</u> circumscribing punitive damages

- Note the mixing of civil and criminal law, the apparent close relationship between Scruggs and AG Hood, AND a willing media

  - Read March 20 release

- What one Steering Committee member wants members of the OC to do:

  - Bring important matters to the attention of your GC; demand "face time"

7

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000900PROD

- o Make the tough decisions about priorities, recognizing there will always be needs greater than our aggregate financial and people resources

- o Making the tough decisions may mean forsaking some worthy projects due to the simple fact that support falls short of "critical mass"

- o It may mean we decide to fund a project at a level disproportionate to our collective interests simply because someone—the CJRT—must be the catalyst

- o It many mean pursuing some objectives with the knowledge that success may require years of effort, may face long odds, a hostile legislature, and no guarantees of eventual success

➢ I don't expect—or even want—CJRG to take credit for victories

- o Not our modus operandi

- o Not necessary

- o Tends to distract us from our goals

8

- o I'm used to not taking credit for success (e.g., Campbell, Avery)

- o We must ultimately take comfort in knowing

➢ Q for OC: How to work optimally with local groups (or competing groups) who may have a different view of CJ priorities (e.g., WV 3rd party bad faith legislation 2 years ago; AJP in FL this year)—requires patience and calm on our part

- o Playing nicely together—a continuing challenge for human beings of all ages

➢ We're making progress, and it's not by accident

- o It's been the product of hard work

- o It's been the result of dedicated, talented people who don't give up when faced with long odds and well-funded opposition

- o It's been due largely to the contributions of many people here in this room today

9

- ➢ So much for my random thoughts and observations. What would you like to talk about? What questions would you like to ask me?

Hale, Mark et al. v. SFMAIC et al.
Confidential – Subject to Confidentiality Order
HALEM00000903PROD