Document Provided Electronically

Confidential - Subject to Confidentiality Order    Hale, Mark et al. v. SFMAIC et al.

EXHIBIT 3
HALEM00027999PROD

**From:** Jenny Davis
**Sent:** Thursday, December 20, 2007 10:36 AM
**To:** Kathy Barnes; Becky Herald
**Cc:** Karen Mayfield
**Subject:** RE: Payment: US Chamber Institute for Legal Reform

Thanks to you both.

Happy Holidays!

---

**From:** Kathy Barnes
**Sent:** Thursday, December 20, 2007 10:34 AM
**To:** Becky Herald
**Cc:** Karen Mayfield; Jenny Davis
**Subject:** RE: Payment: US Chamber Institute for Legal Reform

Becky - please see Jenny's note below.

Jenny - Becky Herald has taken over these payments.

Thanks!

Kathy Barnes

---

**From:** Jenny Davis
**Sent:** Thursday, December 20, 2007 10:34 AM
**To:** Kathy Barnes
**Cc:** Karen Mayfield
**Subject:** Payment: US Chamber Institute for Legal Reform

Good morning Kathy,

On December 14, Barb Lay forwarded a copy of the $1,000,000 invoice from the U.S. Chamber Institute for Legal Reform. This payment will not come through the Good Neighbor Citizenship® program as a charitable expense.

If you have not already done so, please process the voucher from Cathy Wallace's department, as a business expense.

Let me know if you have any questions.
Jenny Davis
Good Neighbor Citizenship® Division
PH 309-766-6320 / FX 309-994-5272