IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>    Defendants. | Case No. 3:12-cv-00660-DRH-SCW<br><br>Judge David R. Herndon<br><br>Magistrate Judge Stephen C. Williams |

**PLAINTIFFS' NOTICE OF REMAINING PRETRIAL ISSUES**

On August 15, 2018, the Court ordered that the parties file a notice of any remaining issues. [893]. In their Trial Brief [901], Plaintiffs identified the following issues that they contend should be resolved prior to trial of this matter:

    1.    Pursuant to Plaintiffs' conspiracy proffer, whether statements of coconspirators are admissible against Defendants under FRE 801(d)(2)(E);

    2.    Whether the *Noerr-Pennington* doctrine applies to Plaintiffs' claims;

    3.    Whether, per Defendants' proposed jury instructions and despite this Court's prior ruling [846], the statute of limitations has run as a matter of law;

    4.    Whether Wojcieszak is an agent of *Hale* Plaintiffs' Counsel during the period 2006 to 2012;

    5.    Whether State Farm's statements about its political activities and civil justice reform efforts are admissible as business records under FRE 803(6);

    6.    Whether Plaintiffs can introduce deposition testimony of a State Farm agent or coconspirator even if the witness is otherwise available;

7. Whether otherwise admissible exhibits must be sponsored by or tethered to a particular witness in order to be introduced as evidence;

8. Whether the testimony of a former class representative whose case has been dismissed with prejudice is admissible; and

9. Whether current State Farm policy holders should be excluded for cause from serving on the jury.

In addition, Plaintiffs identify the following additional issues:

1. The process of using evidentiary summaries (and the admissibility of the evidentiary summaries tendered by Plaintiffs pursuant to Federal Rules of Evidence 902(11), 902(13), and 1006;

2. The relevance and admissibility of Defendant State Farm's summary of asbestos-related lawsuits brought in Madison County against numerous corporations and in which State Farm had no involvement;

3. How the Court wants the parties to handle impeachment of a witness using deposition video clips;

4. Whether a party must lay a foundation to joint exhibits or exhibits to which there is no objection prior to using such exhibits; and

5. Competing proposed jury instructions.

Plaintiffs advise that they have no objection to either the Court's proposed revised trial schedule or to the evidentiary summary presentation proposal, and respectfully submit their preference that the trial begin as currently scheduled on September 4, 2018.

Plaintiffs further advise that they continue to meet and confer with Defendants on various issues, and respectfully reserve their right to identify additional issues as may become apparent prior to the August 29, 2018 hearing.

Dated: August 22, 2018

Respectfully submitted,

/s/ *Robert J. Nelson*
Elizabeth J. Cabraser
Robert J. Nelson
Kevin R. Budner
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000

Steven P. Blonder #6215773
Jonathan L. Loew
Much Shelist, P.C.
191 N. Wacker, Suite 1800
Chicago, IL 60606-2000
Tel: 312-521-2402

Robert A. Clifford #0461849
George S. Bellas
Kristofer S. Riddle
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Tel: 312-899-9090

John W. "Don" Barrett
Barrett Law Group, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095-0927
Tel: 662-834-2488

Brent W. Landau
Jeannine M. Kenney
Hausfeld, LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: 215-985-3273

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: 888-725-2477

Erwin Chemerinsky
University of California, Berkeley
 School of Law
215 Boalt Hall,
Berkeley, CA 94720
Tel: 510- 642-6483

Thomas P. Thrash
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Tel: 501-374-1058

Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, Mississippi 38655
Tel: 662-380-5018

| | |
|---|---|
| Gordon Ball<br>Gordon Ball PLLC<br>550 Main Street<br>Bank of America Center, Ste. 600<br>Knoxville, TN 37902<br>Tel: 865-525-7028 | Stephen A. Saltzburg,<br>The George Washington University Law School<br>2000 H. Street, NW<br>Washington, D.C. 20052<br>Tel: 202-994-7089 |

*Class Counsel*

- 4 -

1609236.1

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 7.1(b), I certify that a copy of the foregoing was served upon counsel via the Court's CM/ECF system.

/s/ *Robert J. Nelson*