| August 2018 ||||||||
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 Jury Selection | 30 Court hearing (Judge and lawyers only) | 31 Courthouse closed for district-wide conference No court for jury |  |

| September 2018 ||||||||
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  |  |  |  | 1 |
| 2 | 3 Court closed No Court  Labor Day | 4 Court in Session | 5 Court in Session | 6 Court in Session | 7 Court in Session | 8 |
| 9 | 10 No court  Rosh Hashanah | 11 Court in Session | 12 No court Judge out due to admin mtg | 13 No court Judge out due to admin mtg | 14 No court Judge out due to admin mtg | 15 |
| 16 | 17 Court in Session | 18 Court in Session | 19 No court  Yom Kippur | 20 Court in Session | 21 Court in Session | 22 |
| 23 | 24 Court in Session | 25 Court in Session | 26 Court in Session | 27 Court in Session | 28 Court in Session | 29 |
| 30 |  |  |  |  |  |  |

## October 2018

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>Court in Session | 2<br>Court in Session | 3<br>Court in Session | 4<br>Court in Session | 5<br>Court in Session | 6 |
| 7 | 8<br>No court<br><br>Columbus Day | 9<br>No court<br>Judge out due to admin mtg | 10<br>No court<br>Judge out due to admin mtg | 11<br>No court<br>Judge out due to admin mtg | 12<br>No court<br>Judge out due to admin mtg | 13 |
| 14 | 15<br>Court in Session | 16<br>Court in Session | 17<br>Court in Session | 18<br>Court in Session<br>if necessary | 19<br>Court in Session<br>If necessary | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31<br><br>Halloween |  |  |  |
|  |  |  |  |  |  |  |

2018 Calendar Template © calendarlabs.com