# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF EVIDENTIARY HEARING

**CASE NO.** 12-cv-660-DRH            **DATE**:   August 30, 2018

**PRESIDING: DAVID R. HERNDON, U. S. DISTRICT JUDGE**

| | |
|---|---|
| **MARK HALE, et al.,** | **REPORTER:**   Laura Esposito |
| | **COURTROOM DEPUTY:**   Alex Francis |
| vs. | **TIME:**  8:58 AM – 11:59 AM |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.** | **BREAK:**  10:18 AM – 10:32 AM |

**Counsel for Plaintiffs**:   Robert Clifford, Steven Blonder, Thomas Thrash, Stephen Saltzburg, Robert Nelson
**Counsel for Defendant State Farm**:   Ronald Safer, Michael Kenny, Patricia Brown Holmes, Matthew Crowl, Nick Kahlon
**Counsel for Defendant Murnane**:  Paul Veith and Andrew Chinsky
**Counsel for Defendant Shepherd**:  Russell Scott

Parties are advised of issues with jurors #1, #2, and #10.   The jurors will be questioned individually at 8:00 a.m. on September 4, 2018.

Show cause hearing is set for 8:00 a.m. on September 4, 2018.   Elizabeth Cabraser and Sheila Birnbaum are required to be present.   If the hearing is longer than 30 minutes, the additional time will be subtracted from the trial time of the party that is found in contempt.

Parties present arguments on the remaining legal issues.   The issues are ruled as stated on the record.

There are no objections to the Court's preliminary jury instructions.   The attorneys will meet and confer on the remaining instructions.

Anthony Martin, attorney for Justice Karmeier, present.   Record made regarding Justice Karmeier's testimony.