# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

   v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,**

        Defendants.

Case No. 3:12-cv-00660-DRH-SCW

## ORDER APPROVING NOTICE PLAN

Now before the Court is the parties' joint request for approval of the Settlement Notice Plan prepared by Hilsoft Notifications and filed on September 5, 2018. Upon consideration of the Notice Plan and its attachments, the Court **FINDS** that the Notice Plan constitutes the best notice practicable and therefore **GRANTS** Plaintiffs' request and **APPROVES** the Notice Plan. The Court **DIRECTS** that the Notice Plan be implemented according to its terms and on the following schedule:[1]

| Description | Date |
| --- | --- |
| CAFA Notice Sent | September 10, 2018 |
| Notice Plan Begins (Website and Phone Line Updated and Press Release Issued) | October 1, 2018 |
| Notice Mailing Begins | October 1, 2018 |

---

[1] To the extent any of the dates in this Order conflict with those in the Court's Order Granting Preliminary Settlement Approval [942], the dates in this Order control.

| Online Portion of Media Plan Begins | October 1, 2018 |
| --- | --- |
| Motion for Final Approval and Application for Attorneys' Fees, Expenses, and Service Awards | October 16, 2018 |
| Notice Appears in *Sports Illustrated* | October 18, 2018 |
| Notice Appears in *People* | October 19, 2018 |
| End of Notice Period (Online Media Ends) | November 1, 2018 |
| Objection Deadline | November 17, 2018 |
| Replies in Support of Final Approval and Response to Any Written Objections | December 6, 2018 |
| Claims Administrator to File Proof of Class Notice and CAFA Notice | December 6, 2018 |
| Final Approval Hearing, at 9:00 am | December 13, 2018 |
| Deadline for Claim Forms from Class Members Not Receiving an Automatic Distribution | January 31, 2019 |

**IT IS SO ORDERED.**

Judge Herndon
2018.09.05
13:02:31 -05'00'

**United States District Judge**