IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>　　　　　Defendants. | Case No. 3:12-cv-00660-DRH-SCW<br><br>Judge David R. Herndon<br><br>Magistrate Judge Stephen C. Williams |

## DECLARATION OF STEVEN P. BLONDER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Steven P. Blonder, am a member in good standing of the State Bar of Illinois and a principal in the law firm of Much Shelist, PC. I am one of the counsel for Plaintiffs and Court appointed Class Counsel in the above-captioned action. I provide this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

1.　I have reviewed the time and expense records submitted by Much Shelist, PC in this litigation and attest that they are accurate.

2.　I further attest that the billing rates used to calculate the lodestar reflect the customary billing rates of the timekeepers at the time the services were rendered for these types of matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2018, in Chicago, Illinois

　　　　　　　　　　　　　　　　　　　　　/s/ *Steven P. Blonder*
　　　　　　　　　　　　　　　　　　　　　Steven P. Blonder