IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>Defendants. | Case No. 3:12-cv-00660-DRH-SCW<br><br>Judge David R. Herndon<br><br>Magistrate Judge Stephen C. Williams |

## DECLARATION OF PATRICK W. PENDLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Patrick W. Pendley, am a member in good standing of the State Bar of Louisiana and a partner in the law firm of Pendley, Baudin & Coffin, L.L.P. I am one of the counsel for Plaintiffs and Court appointed Class Counsel in the above-captioned action. I provide this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs.

1. I have reviewed the time and expense records submitted by Pendley, Baudin & Coffin, L.L.P. in this litigation and attest that they are accurate.

2. I further attest that the billing rates used to calculate the lodestar reflect the customary billing rates of the timekeepers at the time the services were rendered.

3. A true and correct copy of Patrick W. Pendley's resume is attached as Attachment A to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2018, in Plaquemine, Louisiana.

_____
PATRICK W. PENDLEY

# EXHIBIT A

# Patrick W. Pendley
## BIOGRAPHY

**Areas of Practice:**

    Class Actions and Mass Joinders Litigation
    Expropriation Litigation

**Education**

    McNeese State University
    Louisiana State University
    Louisiana State University Law School, J.D. 1967

**Bar Admission**

    Louisiana Supreme Court
    United States District Court for Eastern, Middle and Western
        Districts of Louisiana
    United States Courts of Appeal for the Fifth Circuit
    Supreme Court of the United States

**Recognitions**

    Louisiana Super Lawyer 2007 through 2018

# CURRICULUM VITAE FOR PATRICK W. PENDLEY

I was born February 14, 1943 in Lake Charles, Louisiana. I graduated from Louisiana State University Law School in June, 1967 (J.D.) and was admitted to practice before the Louisiana Supreme Court in August, 1967 (LSBA 10421). I have been married to Helen Oldham since November 25, 1965.

I am an attorney licensed to practice before the
- Louisiana Supreme Court
- United States District Courts for the Eastern, Middle and Western Districts of Louisiana
- United States Court of Appeal for the Fifth Circuit
- Supreme Court of the United States

I have been admitted to practice *pro hac vice* before state and federal trial courts in
- Texas
- Mississippi
- Georgia
- Oklahoma
- Tennessee
- Alabama
- Illinois
- Oregon
- Missouri
- Washington
- Kansas
- Indiana
- United States District Court for the Northern District of Florida
- United States District Court for the Southern District of Alabama
- United States District Court for the Northern District of Alabama
- United States District Court for the Southern District of Mississippi
- United States District Court for the Northern District of Mississippi
- United States District Court for the Northern District of Texas
- United States District Court for the Northern District of California
- United States District Court for the Central District of California
- United States District Court for the Southern District of Illinois
- United States District Court for the Southern District of New York (Bankruptcy Court)
- United States District Court for the Western District of Oklahoma
- United States District Court for the District of Kansas
- Unites States District Court for the Eastern District of Virginia

1

I have practiced law in Plaquemine, Louisiana continuously since 1967, having a general practice of law before state and federal courts. I am a member of the Louisiana State Bar Association, Louisiana Association of Justice, American Association of Justice and the International Society of Barristers. I have been recognized as a Louisiana Super Lawyer (Class Actions) every year since 2007. I have been "AV" rated by Martindale Hubbell for well over thirty-five (35) years.

I am a senior partner in Pendley, Baudin & Coffin, L.L.P., a nine (9) lawyer firm, practicing primarily class action and mass tort law, on a state and national basis. We have offices in Plaquemine, Louisiana and New Orleans, Louisiana.

Specifically, with respect to agricultural related matters. I have generally represented sugar cane farmers with various legal issues, Cora Texas Manufacturing Company (a sugar mill), rice farmers in the A.G. Bayer MDL proceedings, wheat farmers in the Monsanto MDL proceedings and soybean farmers in an Old River Elevator bankruptcy matter.

Specifically my legal experience in class action litigation and mass tort actions began in 1978 with my representation of clients in the Seneca case.

A partial list of class actions and mass tort cases in which I have been involved are:

Seneca, et al vs. C.L.A.W., et al
Iberville Parish, Louisiana, 1978 – 1982
Class action - Pollution from hazardous waste disposal site
160 members - Settled- $310,000.00
Sole Class Counsel

Ellis, et al vs. Georgia-Pacific Corp.
Iberville Parish, Louisiana, 1981 – 1991
Class action - Chlorinated phenol pollution of Mississippi River
1,000,000 members - Settled -$9,000,000.00
Class Co-Counsel

Millet, et al vs. Rollins Environmental Services, et al
Iberville Parish, Louisiana, 1981 – 1985
Class action - Odor problems from hazardous waste disposal site
757 members - Settled - $150,000.00
Sole Class Counsel

Simmons vs. Leaf River Forest Products, et al
Greene County, Mississippi, 1989 – 1996
Mass action - Dioxin pollution of Leaf River by Georgia Pacific
6,000 clients - Jury verdict for Simmons (one plaintiff) for $1,040,000.00 - verdict reversed by Mississippi Supreme Court.

Plaintiffs' Counsel, John M. Deakle and Patrick W. Pendley

Related Litigation:

Ferguson, et al vs. Leaf River Forest Products, et al
Jackson County, Mississippi: 1990 – 1995
Mass action - Dioxin pollution of Leaf River by Georgia Pacific
6,000 clients - Jury verdict for Mr. and Mrs. Ferguson for $3,200,000.00
Mississippi Supreme Court reversed and rendered in October 1995
Plaintiffs' Counsel, John M. Deakle and Patrick W. Pendley

Prescott, et al v. Leaf River Forest Products, et al
Wicks, et al v. Leaf River Forest Products, et al
Dillon, et al v. Leaf River Forest Products, et al
Jackson County, Mississippi: 1991 – 1996
Dioxin pollution of Leaf River by Georgia Pacific
Mississippi Supreme Court affirmed Motion for Summary Judgment - 450 clients
Plaintiffs' Counsel John M. Deakle and Patrick W. Pendley

Grimes, et al vs. Placid Refinery, et al
West Baton Rouge Parish, Louisiana: 1990 – 1993
Mass action - Gasoline refinery pollution
243 clients - Settled for relocation of community and confidential amount
Plaintiffs' Counsel, Allen J. Myles and Patrick W. Pendley

Moore, et al vs. Temple Inland Forest Products, et al
Orange County, Texas: 1991 – 1994
Mass action - Dioxin pollution of Neches River by Temple Island
240 clients - Settled for confidential amount
Plaintiffs' Counsel, John M. Deakle and Patrick W. Pendley

Riverdale vs. C. F. Industries, et al
Ascension Parish, Louisiana: 1991 – 1993
Mass action - Fertilizer plant pollution
50 clients - Settled for relocation of community and confidential amount
Plaintiffs' Counsel, Donald T. Carmouche and Patrick W. Pendley

Bates, et al vs. Ford Motor Company
U.S.D.C. Eastern District of Louisiana: 1992 – 1996
Class Action - Rollover defect in Ford Bronco II
Approx. 12,000 members, Class Settlement preliminarily approved.
Final Settlement approval denied - case dismissed on merits.
Class Counsel, Don Barrett, Patrick W. Pendley and others

Larpenteur vs. Chrysler Corporation
Iberville Parish, Louisiana: 1992 – 1995
Class Action - Rear-door latch defect in Chrysler mini-vans
Approx. 78,000 members - Settlement approved in U.S.D.C. for Northern District of California -Defect repaired
Class Counsel, Don Barrett, Patrick W. Pendley and others

Richards, et al vs. Shell Oil Company
29th JDC, St. Charles Parish, Louisiana: 1992 – 1996
Mass action - Chemical company pollution
Approx. 245 clients - Jury verdict for defendant.
Plaintiffs' Counsel, Patrick W. Pendley, Nyle Politz and Allen J. Myles

White, et al vs. General Motors, et al
Iberville Parish, Louisiana: 1992 – 1999
Class action - Pickup truck fuel tank problem
 5,000,000 members  Settlement Approved
Class Counsel, Michael Crow, Don Barrett, Patrick W. Pendley and others

Free, et al vs. Abbott Laboratories, et al
U. S. District Court for Middle District of Louisiana: 1993 – 1999
Class Action - Infant formula price fixing
All purchasers in Louisiana who bought infant formula between 1980-1992
Class Settlement not approved, case dismissed, U.S. Fifth Circuit Court of Appeal affirmed.
Dismissal affirmed by 4-4 decision of United States Supreme Court.
Colorado River Abstention Doctrine implicated.
Settlement Class Counsel, Patrick W. Pendley, Don Barrett, Michael Hausfeld, Gordon Ball

Gatwood vs. Mississippi Blue Cross
U.S.D.C. for Southern District of Mississippi: 1993 – 1995
Class Action - Insurance Subrogation Dispute
Approx. 700 class members- Settled
Settlement Class Counsel, Shane Langston, John M. Deakle and Patrick W. Pendley

Harris v. Texas Fuel
St. James Parish, Louisiana: 1993 – 1998
Mass Tort - 500 Clients - Burning Asphalt Pollution
Case Settled, Plaintiffs' Counsel, Allen J. Myles and Patrick W. Pendley

Price, et al vs. Ciba-Geigy Corporation, et al
U.S.D.C. for Southern District of Alabama: 1993 – 1995
Class action - Pesticide exposure (Galecron) to clients nationwide
Approx. 30,000 members – settled for $80,000,000.00
Settlement Class Counsel, Jerry McKernan, Patrick W. Pendley, William Middlebrooks and Ness Motley

Sutherland vs. Louisiana Blue Cross Blue Shield
East Baton Rouge Parish, Louisiana: 1993 – 1995
Class Action - Insurance Contract Litigation
Approx. 48,000 class members - Settled
Settlement Class Counsel, Steve Thompson, Shane Langston, John M. Deakle and Patrick W. Pendley

Blanchard, et al vs. Verona, et al
West Baton Rouge Parish, Louisiana: 1994 – 1996
Mass Action - Claim for odors from barge cleaning operation on Mississippi River
Approx. 260 clients - Settled during trial for $2,000,000.00
Plaintiffs' Counsel, Andre Laplace and Patrick W. Pendley

Cain, et al vs. V.P.G., et al
Hunt County, Texas: 1994 – 2002 (U.S.D.C. Northern District of Texas)
Mass joinder - Arsenic contamination from fertilizer plant
800 clients - Litigation resolved through partial settlements in 1995, 2000 and 2001.
Plaintiffs' Counsel, John M. Deakle, Nobie Walker, Jeff Thomas and Patrick W. Pendley

MSOF, et al v. Exxon, et al
U.S.D.C. Middle District of Louisiana: 1994 – 2006
Class Action for Chemical Pollution of Wetland, class not certified
Settled for Confidential Amount on individual basis.
Plaintiffs' Counsel Charles Lambert and Patrick W. Pendley

Stassi vs. Shell Oil Company, et al (Louisiana): 1994 – 1996
Cox vs. Shell Oil Company, et al (Tennessee)
Settlement Class Actions - Damage for defective Polybutylene Pipe
Several million members - Settlement for $950,000,000.00.
Settlement Class Counsel, Don Barrett, Gordon Ball, Michael Hausfeld, Steve Martino, Patrick W. Pendley and others

Woodward vs. Nor-Am
United States District Court, Southern District of Alabama: 1994 – 1996
Settlement Class Action - Pesticide exposure (Fundal) to clients nationwide
Approximately 10,000 clients - Settlement approved
Settlement Class Counsel, Jerry McKernan, Patrick W. Pendley, William Middlebrooks and Ness Motley

Nina Mae Shelton vs. Blue Cross and Blue Shield of Tennessee
U.S.D.C. Eastern District of Tennessee, Northeastern Div., 1995
Class Action - Insurance Contract Adjusting Dispute - Settled
Settlement Class Counsel, Gordon Ball, Patrick W. Pendley, Don Barrett, Steve Martino

Tracy L. Kelly, et al vs. Blue Cross and Blue Shield of Missouri, et al
St. Louis City Circuit Court: 1995 – 1996
Settlement Class Action - Insurance Contract Adjusting Dispute - Settled

Settlement Class Counsel, John M. Deakle, Patrick W. Pendley and John Carey

Walker, et al vs. Arcadian Fertilizer Corporation
Iberville Parish, Louisiana: 1995 – 1999
Mass Joinder - Single episode of toxic chemical release
Approx. 1,200 members - Settled - $800,000.00
Plaintiffs' Counsel, Allen J. Myles and Patrick W. Pendley

Avants v. Kennedy
East Baton Rouge Parish, Louisiana: 1996 – 2002
Individuals Actions for Sales Tax Refund on Mobile Homes
50,000 claimants- Settled - $29,000,000.00
Plaintiffs' Counsel, Andre P. Laplace, Stan Baudin and Patrick W. Pendley

Banks v. New York Life Insurance Co.
Pointe Coupee Parish, Louisiana: 1996 – 1999
Class Action for Insurance Sales Practices
Represented defendant, NYLIC - Class Decertified by Louisiana Supreme Court.

Relford, et al vs. Southern Pacific Railroad Co., et al
Jefferson County, Texas, 1996 (U.S.D.C. Northern District of Texas)
Class action - Arsenic contamination from fertilizer plant operation
Approx. 2,500 members
(Companion case to Cain vs. VPG)
Class certified in state trial court - Class decertified by U.S.D.C., Dallas
Plaintiffs' Counsel, John M. Deakle, Patrick W. Pendley, Nobie Walker and Jeff Thomas - Serial Settlements with defendants.

State of Louisiana v. Sprint
State of Louisiana v. Wiltel
West Baton Rouge Parish, Louisiana: 1996 – 2005
Settlement Class Action for Trespass by installing fiber optics lines
Settlement for about $30,000,000.00 in state court
(Sprint) and U.S. Bankruptcy Court for Southern District of New York (Wiltel)
Settlement Class Counsel, Vic Marcello, Michael Mangham and Patrick W. Pendley

Beresky v. Hi-Lo Auto Supply
Jefferson County, Texas: 1997 – 1999
Settlement Class Action for Fraudulent Sales Practices
Settlement Class Counsel, Steve Martino, Patrick W. Pendley and Ethan Shaw

Carr v. GAF
Pointe Coupee Parish, Louisiana: 1997 – 1999
Class Action for Defective Roofing Materials
Defense Counsel-Case Settled; Patrick W. Pendley represented GAF.

Connelly v. Ingram Barge Co.
Robin v. Ingram Barge Co.
U.S.D.C. - Middle District of Louisiana: 1997 – 2000
Alexander County, Illinois
Mass Tort for Barge Release Pollution
Settlement Class – Class Counsel were Richard Arsenault, Daniel Becnel, Walter Dumas, Patrick W. Pendley and others
17,000 plaintiffs - $40.5 million

Jenkins v. Waste Management, Inc.
Natchitoches Parish, Louisiana: 1997 – 2001
Settlement Class Action for Trash Collection Overcharge and Monopoly
Settlement Class Counsel, Michael Hausfeld, Don Barrett, Gordon Ball, Steve Martino and Patrick W. Pendley - Case Settled-$750,000.00

Snider and Teter v. State Farm Mutual Automobile Ins. Co.
Williamson County, Illinois: 1997 – 2005
Class Action for Use of Non-OEM Auto Parts
Class Co-Counsel - Jury/Judge Verdict for $1,186,180,000.00. Affirmed by Court of Appeal--Verdict Reversed by Illinois Supreme Court
Class Counsel, Trish Murphy, Don Barrett, Gordon Ball, Steve Martino, Patrick W. Pendley, Elizabeth Cabraser and Tom Thrash

Hale vs. State Farm, et. al.
U.S.D.C. Southern District of Illinois: 2012 – Present
Class Action for RICO violations
Case Settled September, 2018
Counsel for the class Don Barrett, Gordon Ball, Elizabeth Cabraser, Tom Thrash, Hausfeld Firm, Robert Clifford, Much Shelist and Patrick W. Pendley

Weber v. Prudential Insurance Company
Pointe Coupee Parish, Louisiana: 1997 – 2000
Settlement Class Action for Failure to Pay Insurance Benefits
Settlement Class Counsel, Don Cazayous and Patrick W. Pendley
Case Settled - $12,500,000.00

Sage v. Temple Inland
Williamson County, Texas: 1998 – 1999
Class Action for Defective Hardboard
Class Co-Counsel - Class Claims Dismissed
Plaintiffs' Counsel was Ethan Shaw and Patrick W. Pendley

Brooks v. American River Transportation Company
Iberville Parish, Louisiana: 1999 – 2001
Mass Tort for Burning Corn Gluten.
Case Settled-$180,000.00
Plaintiffs' Counsel, Andre Laplace, Allen J. Myles, Scott Brady and Patrick W. Pendley

7

Couch v. Brunwick Corporation
Washington County, Tennessee: 1999 – 2000
Class Action for Antitrust and Deceptive Trade Practices
Settlement Class Counsel, Gordon Ball, Don Barrett, Steve Martino and Patrick W. Pendley - Case Settled

Davis v. United Wisconsin Life Insurance Co.
East Baton Rouge, Louisiana: 1999 – 2001
Settlement Class Action for Improper Premium Charges
Settlement Class Counsel, Stan Baudin and Patrick W. Pendley - Case Settled

Woodard v. PCS Nitrogen, et al
Iberville Parish, Louisiana: 1999 – 2002
Settlement Class Action for Ammonia Release
Settlement Class Counsel, Patrick W. Pendley, Donna Grodner, Robert Schmolke and John McKay - Settled-$800,000.00

Insurance Service Charge Litigation:

| | |
|---|---|
| Cacamo v. Liberty Mutual | Diest v. Allstate |
| Porobil v. Allstate | Skagit County, Washington |
| Porrier v. Progressive | Blanchard v. Farm Bureau |
| Laforte v. State Farm | Zeringue v. Farm Bureau |
| Antin v. Allstate | Koch v. State Farm |
| Orleans Parish, Louisiana | Iberville Parish, Louisiana |

All of the foregoing are class actions seeking reimbursement of premium finance charges on behalf of insureds.
Class Counsel in all cases.  All dismissed on the merits except
Cacamo which settled for $600,000.00
Plaintiffs' counsel, Andre Laplace, Stan Baudin, Patrick W. Pendley and Donald Price

Allen v. Dupre Transport, Inc.
West Baton Rouge Parish, Louisiana: 2000
Mass Action for Tanker Truck Chemical Release on interstate
Plaintiffs' Counsel, Patrick W. Pendley and Tommy Thompson
Settled - $125,000.00

Crooks/Spellman v. Dow Chemical Company, et al
East Baton Rouge Parish, Louisiana: 2000 – 2009
Settlement Class Action for Chemical Release during Train Derailment
Settlement Class Counsel, Patrick W. Pendley and Andre Laplace
Settled - $1,050,000.00

Delahoussaye vs. United Wisconsin Life Insurance Company
Vermillion Parish, Louisiana: 2000 – 2002
Settlement Class Action for Health Insurance Premium Overcharges
Settlement Class Counsel, Patrick W. Pendley and Stan P. Baudin

Settlement for $450,000

Hubbard, et al v. Bioproducts, Inc.
Iberville Parish, Louisiana: 2000 – 2004
Settlement Class for Chemical Release
Settlement Class Counsel, Patrick W. Pendley, Donna Grodner, Robert Schmolke and John McKay
Settled-$800,000.00
In this case, Patrick W. Pendley served as Liaison Counsel on plaintiffs' behalf plus serving as Financial Officer for the Plaintiffs Steering Committee, collecting common benefit contributions, maintaining the common benefit checking account and paying the common benefit bills.

Oldham, et al v. Ashland Chemical Company, et al
Iberville Parish, Louisiana: 2000 – 2004
Settlement Class Action for Arsenic Pollution of Aquifer
Settlement Class Counsel, Patrick W. Pendley, Robert Schmolke, Walter Dumas, Allen Myles, Kenny Hooks.
Partial Settlement for $2,700,000.00
As in similar cases, Patrick W. Pendley served as Liaison Counsel in this case for the plaintiffs and also, as Financial Officer, collecting common benefit cost contributions, maintaining the checking account, paying the common benefit bills and providing regular financial reports to plaintiffs' counsel.

Oldham v. State of Louisiana
East Baton Rouge Parish, Louisiana: 2000 – 2003
Settlement Class Action for Refund of excessive Boat Registration Fees.
Settled $600,000.00
Settlement Class Counsel, Patrick W. Pendley and Stan P. Baudin

Thomas, et al v. Dow Chemical Company, et al
Iberville Parish, Louisiana: 2001 – 2011
Litigation and Settlement Class Action for Vinyl Chloride Contamination of Aquifer
Settled for $8,500,000.00
Patrick W. Pendley served as Class Counsel on Plaintiffs' Steering Committee and on the Plaintiffs Executive Committee, also as Liaison Counsel to the Court. In addition, Pendley was the Financial Officer for the litigation collecting common fund contributions, maintaining common fund checking account, payment of all litigation expenses and preparation of regular financial reports over the course of the litigation, Pendley accounted for and managed over $12,000,000.00 in common costs funds.

Ysbrand, et al v. Daimler Chrysler
Sequoyah County, Oklahoma: 2000 – 2005
Litigation and Settlement Class Action for Defective Airbags in mini vans
Settled
Settlement Class Counsel Harry Scoufos, Patrick W. Pendley and others

Lawson v. Conoco
Calcasieu Parish, Louisiana: 2002 – 2005
Class Action for Hydrogen Sulfide Release
Settlement Class Counsel, Robert Schmolke, Patrick W. Pendley and Ron Richard.
Settled - $5,000,000.00

Landeche, et al v. Board of Trustees, University of Illinois
East Baton Rouge Parish, Louisiana - 2001
Class Action for Contract Breach for Sale of 2001 Sugar Bowl Tickets
Judgment entered awarding 60 Sugar Bowl Tickets for clients
Plaintiffs' Counsel, Patrick W. Pendley, Chris Coffin and Lewis Unglesby

Frelich v. Shell Pipeline
Class Action for Hurricane Katrina Oil Spill
U.S.D.C., Eastern District of Louisiana: 2005 – 2006
Co-Counsel
Settled for $5,000,000
Plaintiffs' Counsel, Phil Bohrer and Patrick W. Pendley

Rineheart v. Ciba Geigy
Settlement Class Action for Chemical Contamination
U.S.D.C., Western District of Louisiana: 1999 – 2005
Settled for $26 million
Settlement Class Counsel, Calvin Fayard, Jerry McKernan, Greg Murphy and Patrick W. Pendley

In Re: Genetically Modified Rice Litigation – USDC for
Eastern District of Missouri. Case settled as a mass joinder for $750,000,000.00 plus
About 10,000 clients total, 2006 – 2012
Plaintiffs' Counsel, John Jewel Pace and Patrick W. Pendley represented about 800 of the clients.

Vereen vs Lowes.
Class Action for Defective Drywall
State District Court in Columbus, GA: 2009 – 2011
Settlement Class Counsel – settled for $11,750,000.00
Counsel, Don Barrett, Drewitt Lovelace and Patrick W. Pendley

Blue Cross Blue Shield MDL
This litigation commenced in 2012 involves allegations of anti-trust activities by the Blue Cross Blue Shield Association and the member Blue Cross Blue Shield insurance companies around the United States. The law office of Pendley, Baudin & Coffin has cases filed in the following states with local counsel in each state:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | 2012 | U.S.D.C. | Indiana | 2012 | State |
| Arkansas | 2012 | State | Louisiana | 2012 | State |
| Florida | 2012 | U.S.D.C. | Mississippi | 2012 | U.S.D.C. |
| Idaho | 2012 | State | Oklahoma | 2013 | State |
| Illinois | 2012 | State | Texas | 2012 | U.S.D.C. |
| California | 2013 | State | | | |

10

All related litigation has been assigned to United States District Judge R. David Proctor in Birmingham, Alabama. Patrick W. Pendley serves as Co-Chair of the Damages Committee.

British Petroleum Oil Spill
The Pendley, Baudin & Coffin law firm represents several hundreds of claimants in this matter. The current status is the settlement administration process and administrative claims are being filed and managed which involves management of an extensive data base and client interaction.

Richards v. Parish Water Company: 2013 – 2018
East Baton Rouge Parish, Louisiana
Class Action for unsanitary water
Case Settled
Plaintiffs' Counsel, Patrick W. Pendley and Charlotte McGehee

Citgo Litigation: 2006 – 2012
Calcasieu Parish, Louisiana
Mass joinder for slop oil pollution
Serial settlements in the cases
Plaintiffs' Counsel, Robert Schmolke, Patrick W. Pendley and Ron Richard

Sabine River Litigation: 2009 – 2012
Vernon Parish, Louisiana – mass joinder (36 families)
Case involves downstream flooding from Toledo Bend Dam and settled in 2012.
Plaintiffs' Counsel, Vic Marcello, Scott Webre and Patrick W. Pendley

Monsanto Wheat Litigation: 2012 – 2016
MDL-USDC-District of Kansas.
Current case involves market losses resulting from presence of G.M.O. material in Soft White Wheat and loss of sales to Far East countries. Case Settled for $800,000.00
Patrick W. Pendley- appointed Lead counsel for the Non-Soft White Wheat claimants.

Taylor, et al. vs. Michelin, et al.: 2014 – Present
USDC-Northern District of Oklahoma
Mass Joinder for alleged benzene contamination of residential property
Plaintiffs' counsel – Chris Cowan, Ben Barnes and Patrick W. Pendley

Ashton Bell, et al. vs. WestRock CP, LLC, et al.: 2017 – Present
USDC, Eastern District of Virginia
Mass Joinder
Plaintiffs' counsel – Gary Mason and Patrick W. Pendley

**PAPERS:**

Class Actions Pursuant to Louisiana Law,
Louisiana State Bar Association Seminar
A Closer Look at Class Actions
November 7, 1997

Louisiana Trial Lawyers Association
July, 1997 Post-Legislative Retreat
Louisiana Class Actions- Panelist
Jackson Hole, Wyoming

**SPECIAL MASTER APPOINTMENT:**

In Re: Borden Litigation, 18th Judicial District Court
West Baton Rouge Parish, Louisiana
Settlement Fund Allocation and Claim
Adjudication - 2002

Dominique v. New Life Word of Truth Church
Iberville Parish, Louisiana - 2003
Special Master-Governance Dispute

**LECTOR/USHER:**

St. John Evangelist Catholic Church
Plaquemine, Louisiana 1995 – Current