# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Mark Hale, Todd Shadle and Laurie Loger )
   *Plaintiff(s)*                        )
v.                                       ) Case Number: 3:12-cv-00660-DRH-SCW
State Farm mutual Automobile Ins. Co., et al., )
   *Defendant(s)*                        )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Lisa D. Marlow, Class Member.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Tennessee. The state and federal bar numbers issued to me are: TN 20053.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 13, 2018
   Date

Signature of Movant

2706 Larmon Avenue
   Street Address

Mark J. Downton
   Printed Name

Nashville, Tennessee 37211
   City, State, Zip