IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>            Defendants. | Case No.  12-cv-00660 DRH-SCW |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF COURT ORDER DENYING OBJECTOR LISA MARLOW'S MOTION TO QUASH SUBPOENA**

Plaintiffs ask this Court to take judicial notice that the United States District Court for the Middle District of Florida has entered an order denying objector Lisa Marlow's motion to quash ("Motion to Quash") Plaintiffs' subpoena for her deposition on December 5, 2018, at 9:30 a.m. in Orlando, Florida ("Subpoena").

The background is detailed in Plaintiff's Motion for an Order to Show Cause against Marlow [964], which is incorporated by reference. Marlow's counsel, Mark J. Downton, filed the Motion to Quash in the Middle District of Florida on December 4, 2018. Early this morning, December 5, 2018, Magistrate Judge Karla R. Spaulding of the Middle District of Florida, entered an order, *sua sponte*, denying the Motion to Quash. The docket reads:

> ENDORSED ORDER denying Motion to Quash a Subpoena. If disputes arise during the deposition about whether questions exceed the scope of discovery, this Court defers those issues for resolution in the Court in which the case is pending. Signed by Magistrate Judge Karla R. Spaulding on 12/5/2018. (Spaulding, Karla) (Entered: 12/05/2018)

A true copy of the Middle District of Florida's docket is attached hereto.

Though the Motion to Quash was denied, neither Marlow nor her counsel appeared for Marlow's deposition in Orlando, Florida at 9:30 a.m. this morning, as the Subpoena required. Class counsel, Kristofer S. Riddle, traveled from Chicago to Orlando yesterday so he could depose Marlow today. He was prepared to take her deposition this morning, and a court reporter was present. Defendants' counsel appeared telephonically. When Marlow and her counsel did not appear, Mr. Riddle made a record of their absence and returned to Chicago.

Judge Spaulding's order is directly related to Marlow's refusal to appear at her deposition. Court decisions to be judicially noticed include "'proceedings in other courts, both within and outside the federal judicial system, if the proceedings have a direct relation to the matters at issue.'" *Opoka v. Immigration and Naturalization Svc.*, 94 F.3d 392, 395 (7th Cir. 1996) (quoting *Philips Med. Sys. Int'l v. Bruetman*, 982 F.2d 211, 215 n.2 (7th Cir. 1992)). "Indeed, it is a well-settled principle that the decision of another court . . . is a proper subject of judicial notice." *Id.* Accordingly, Plaintiffs request that this Court take judicial notice of Judge Spaulding's December 5, 2018 order denying Marlow's Motion to Quash.

| | |
|---|---|
| Dated: December 5, 2018 | /s/ *Robert A. Clifford* <br> Robert A. Clifford #0461849 <br> George S. Bellas <br> Kristofer S. Riddle <br> Clifford Law Offices <br> 120 N. LaSalle Street <br> 31st Floor <br> Chicago, IL 60602 <br> Tel: 312-899-9090 |
| Steven P. Blonder #6215773 <br> Jonathan L. Loew <br> Much Shelist, P.C. <br> 191 N. Wacker <br> Suite 1800 <br> Chicago, IL 60606-2000 <br> Tel: 312-521-2402 | Elizabeth J. Cabraser <br> Robert J. Nelson <br> Kevin R. Budner <br> Lieff Cabraser Heimann & Bernstein, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Tel: 415-956-1000 |

John W. "Don" Barrett
Barrett Law Group, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095-0927
Tel: 662-834-2488

Patrick W. Pendley
Pendley, Baudin & Coffin, LLP
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: 888-725-2477

Thomas P. Thrash
Marcus N. Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Tel: 501-374-1058

Gordon Ball
Gordon Ball PLLC
550 Main Street
Bank of America Center, Ste. 600
Knoxville, TN 37902
Tel: 865.525.7028

Brent W. Landau
Hausfeld, LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: 215-985-3273

Erwin Chemerinsky
University of California, Berkeley School of Law
215 Boalt Hall,
Berkeley, CA 94720
(510) 642-6483

Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, Mississippi 38655
Tel: 662-380-5018

Stephen A. Saltzburg
The George Washington University Law School
2000 H. Street, NW
Washington, D.C. 20052
Tel. 202-994-7089

*Class Counsel*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(b), I certify that a copy of the foregoing was served upon counsel on via the Court's CM/ECF system on December 5, 2018.

/s/ *Robert A. Clifford*

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:18-mc-00068-PGB-KRS

| | |
|---|---|
| Hale et al v. State Farm Mutual Autombile Insurance Company et al | Date Filed: 12/04/2018 |
| Assigned to: Judge Paul G. Byron | Nature of Suit: 890 Other Statutory Actions |
| Referred to: Magistrate Judge Karla R. Spaulding | Jurisdiction: Federal Question |
| Case in other court: USDC Southern District of Illinois, 3:12-cv-660 | |
| Cause: Motion to Quash | |

**Plaintiff**

**Mark Hale**                           represented by **Mark Hale**
                                                        PRO SE

**Plaintiff**

**Todd Shadle**                         represented by **Todd Shadle**
                                                        PRO SE

**Plaintiff**

**Laurie Loger**                        represented by **Laurie Loger**
                                                        PRO SE


V.

**Defendant**

**State Farm Mutual Autombile Insurance Company**

**Defendant**

**Edward Murnane**

**Defendant**

**WIlliam G. Shepherd**

**Movant**

**Lisa Marlow**                         represented by **Mark Downton**
                                                        2706 Larmon Avenue
                                                        Nashville, TN
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2018 | 1 | MOTION to quash a subpoena by Lisa Marlow. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(RDO) (Entered: 12/04/2018) |
| 12/04/2018 | | ***PRO HAC VICE FEES paid by attorney Mark J. Downton, appearing on behalf of Lisa |

| | | | |
|---|---|---|---|
| | | | Marlow (Filing fee $150 receipt number ORL-78951). (MAA) (Entered: 12/05/2018) |
| 12/05/2018 | 2 | | **ENDORSED ORDER denying 1 Motion to Quash a Subpoena. If disputes arise during the deposition about whether questions exceed the scope of discovery, this Court defers those issues for resolution in the Court in which the case is pending. Signed by Magistrate Judge Karla R. Spaulding on 12/5/2018.** (Spaulding, Karla) (Entered: 12/05/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/05/2018 11:29:15 | | | |
| **PACER Login:** | smm3100_2018:5732333:0 | **Client Code:** | 99-9999 jmm |
| **Description:** | Docket Report | **Search Criteria:** | 6:18-mc-00068-PGB-KRS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |