IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, LAURIE LOGER, and MARK COVINGTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ED MURNANE, AND WILLIAM G. SHEPHERD<br><br>Defendants. | Cause No. 3:12-cv-00660-DRH-SCW |

## DEFENDANT WILLIAM G. SHEPHERD'S JOINDER IN DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S BRIEF IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT (DKT.971)

Defendant, William G. Shepherd, through his attorneys, respectfully submits this Joinder in the Brief in Support of Final Approval of Class Settlement filed by Defendant State Farm Mutual Automobile Insurance Company ("State Farm") in this matter on December 6, 2018 [Dkt.971].

1. Defendant Shepherd hereby adopts and incorporates State Farm's Brief [Dkt.971] in its entirety including all arguments and record and legal citations contained therein..

WHEREFORE, for the reasons set forth in Defendant State Farm Mutual Automobile Insurance Company's Brief in Support of Final Approval of Class Settlement, Defendant William G Shepherd submits that this Court should grant final approval to the settlement reached herein and enter all appropriate orders in support thereof.

Dated: December 6, 2018                              Respectfully submitted,

                                      WILLIAM G. SHEPHERD


                               By:  /s/ Russell K. Scott
                                   One of His Attorneys

                                   Russell K. Scott, #02533642
                                   GREENSFELDER, HEMKER & GALE, P.C.
                                   rks@greensfelder.com
                                   12 Wolf Creek Street, Suite 100
                                   Belleville, IL 62226
                                   (618) 257-7308 - PH
                                   (618) 257-7353

***Attorneys for Defendant William G. Shepherd***

CERTIFICATE OF SERVICE

      I hereby certify that a copy of Defendant William G. Shepherd's Joinder in Defendant State Farm Mutual Automobile Insurance Company's Brief in Support of Final Approval of Class Settlement (Dkt.971) was served upon counsel of record on December 6, 2018, via the Court's CM/ECF system.

                                      /s/ Russell K. Scott