UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MARK HALE, et al.,

        Plaintiffs,

No. 12-cv-660-DRH

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

        Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Amended Memorandum and Order entered December 16, 2018, (Doc. 981),

1. The Court hereby **GRANTS** Plaintiffs' motion for final approval of the Settlement (Doc. 953). The Court fully and finally approves the Settlement in the form contemplated by the Settlement Agreement (Doc. 941) and finds its terms to be fair, reasonable and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure. The Court directs the consummation of the settlement pursuant to the terms and conditions of the Settlement Agreement.

2. The Court finds that the Notice given to the Class Members constituted the best notice practicable under the circumstances and complied in all respects with the requirements of Rule 23 and due process.

3. The Court hereby dismisses this Action with prejudice as to the defendants, and, except as provided under the Settlement Agreement, without costs.

4. The Court hereby discharges and releases the Released Claims as to the

   Releasees, as those terms are used and defined in the Settlement Agreement (Doc. 941).

5. The Court hereby permanently bars and enjoins the institution and prosecution by Class Plaintiffs and any Class Member of any other action against the Releasees in any court or other forum asserting any of the Released Claims, as those terms are used and defined in the Settlement Agreement (Doc. 941).

6. The Court further reserves and retains exclusive and continuing jurisdiction over the Settlement concerning the administration and enforcement of the Settlement Agreement and to effectuate its terms.

Further, the Court also **GRANTS** Class Counsel's motion for attorneys' fees and costs (Doc. 954). Class Counsel are awarded (1) $6,971,852.80 as reimbursement of reasonable litigation costs; and (2) attorneys' fees in the amount of one-third (33.33%) of the $250 million common fund, net of the $2.1 million estimated for settlement notice and administration, but inclusive of interest accrued on the fund at the time of distribution. The three Class Representatives—Mark Hale, Todd Shadle, and Laurie Loger—are each awarded service awards of $25,000.

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

BY:   /s/ *Alex Francis*
         **Deputy Clerk**

APPROVED:

Judge Herndon
2018.12.16
18:09:28 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT