# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Mark Hale, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:12-cv-00660-MJR |
| State Farm Mutual Automobile Insurance Comp ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  the Plaintiffs, Mark Hale, Laurie Loger and Todd Shadle  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Tennessee  . The state and federal bar numbers issued to me are:  Tennessee 037011  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Feb 28, 2019
Date

Signature of Movant

1008 Earnest Street
Street Address

Jonathan Tanner Ball
Printed Name

Johnson City, TN 37604
City, State, Zip