# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 9, 2019

*By the Court:*

| | |
|---|---|
| No. 19-1080 | MARK HALE, et al., Plaintiffs - Appellees<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., Defendants - Appellees<br><br>APPEAL OF: LISA D. MARLOW<br>Objector |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00660-MJR<br>Southern District of Illinois<br>District Judge Michael J. Reagan | |

The following are before the Court:

1. **APPELLANT LISA MARLOW'S UNOPPOSED MOTION TO DISMISS HER APPEAL WITH PREJUDICE**, filed on July 5, 2019, by counsel for Appellant Lisa Marlow.

2. **PLAINTIFFS-APPELLEES RESPONSE TO APPELLANT LISA MARLOW'S UNOPPOSED MOTION TO DISMISS HER APPEAL WITH PREJUDICE**, filed on July 8, 2019, by counsel for the plaintiffs-appellees.

3. **RESPONSE OF DEFENDANT-APPELLEE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY TO LISA MARLOW'S UNOPPOSED MOTION TO DISMISS HER APPEAL WITH PREJUDICE**, filed on July 8, 2019, by counsel for

No. 19-1080 Page 2

      Defendant-Appellee State Farm Mutual Automobile Insurance Company.

4.    **RESPONSE OF DEFENDANT-APPELLEE WILLIAM G. SHEPHERD TO LISA MARLOW'S UNOPPOSED MOTION TO DISMISS HER APPEAL WITH PREJUDICE**, filed on July 8, 2019, by counsel for Defendant-Appellee William G. Shepherd.

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b). Oral argument scheduled for September 6, 2019, is **VACATED**.

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit