IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HALE, TODD SHADLE, and LAURIE LOGER, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, EDWARD MURNANE, and WILLIAM G. SHEPHERD,<br><br>Defendants. | Case No. 12-cv-660-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Joint Motion for Order Directing Transfer of Settlement Funds Pursuant to the Approved Class Action Settlement Agreement (Doc. 1017). Upon due consideration, the Court finds that the Motion is well-taken, and that the Effective Date of the Class Action Settlement Agreement has been triggered by the Seventh Circuit's issuance of its Order dismissing Objector Lisa Marlow's appeal (upon her motion to do so with prejudice) and its Mandate (*See* Doc. 941, pp. 19-20; *see also* Doc. 1016).

In order to facilitate the transfer of the remaining settlement funds pursuant to the terms of the Settlement Agreement, the Court **GRANTS** the Parties' Joint Motion for Order Directing Transfer of Settlement Funds Pursuant to the Approved Class Action Settlement Agreement (Doc. 1017). The Court hereby **AUTHORIZES** the transfer of the

remaining Settlement Amount from the depository account created by State Farm Mutual Automobile Insurance Company at JPMorgan Chase Bank, NA to the account established at the request of Class Counsel at CIBC Bank for deposit in the Hale v. State Farm Settlement account.

**IT IS SO ORDERED.**

**DATED:** July 11, 2019

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**