RECORDING REQUESTED BY:

PRO SE
ERIC DAVIS
1885 Clark Drive
Tucker Georgia 30084

WHEN RECORDED MAIL TO:

HALE V. STATE FARM CLASS
ACTION ADMINISTRATOR
P.O. Box 5053
Portland, OR 97208-5053

**SPACE ABOVE RESERVED FOR RECORDER'S USE**

# ABSTRACT OF JUDGMENT

| Names and Addresses of Parties Against Whom Judgments Have Been Obtained | Names and Addresses of Parties in Whose Favor Judgments Have Been Obtained |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY One State Farm Plaza Bloomington Illinois 61710 | ERIC DAVIS<br>1885 Clark Drive<br>Tucker Georgia 30084 |

| Amount of Judgment | Names of Attorneys | When Docketed/Case Number |
|---|---|---|
| $100,000,000.00<br>ONE HUNDRED MILLION DOLLARS<br>Minus $104.38 Check # 372601 PAY<br>EXACTLY $99,999,895.62 PAY<br>EXACTLY NINETY-NINE MILLION<br>NINE HUNDRED NINETY-NINE<br>THOUSAND EIGHT HUNDRED<br>NINETY-FIVE AND 62/100 DOLLARS | PRO SE<br>ERIC DAVIS<br>1885 Clark Drive<br>Tucker Georgia 30084 | SEPTEMBER 04TH, 2018<br>12-cv-00660-DRH-SCW |

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

**I CERTIFY that this is a correct Abstract of Judgment entered by this Court.**

Date: _____

MARGARET M. ROBERTIE, Clerk of Court

By: _____, Deputy Clerk

HALE V. STATE FARM
PO BOX 4199
PORTLAND OR 97208-4199

| | |
|---|---|
| CHECK DATE: | OCTOBER 23, 2019 |
| CHECK NUMBER: | 372601 |
| CHECK AMOUNT: | $104.38 |
| TRACKING NUMBER: | 1360837 |

 

*952463189466*
000 0000172 00000000 0001 0001 00172 INS: 0 0
ERIC DAVIS
1885 CLARK DR
TUCKER GA 30084-6539

*EFD*

Y6021 v.03

This check is issued pursuant to the terms of the class action settlement *Hale v. State Farm*, Case No. 12-cv-00660. The enclosed check constitutes full satisfaction of your settlement award.

The enclosed check is only valid for **180 days** from the issue date. Please deposit promptly.

If you have any questions about your award, please contact the Settlement Administrator at Hale v. State Farm Class Action Administrator, P.O. Box 5053, Portland, OR 97208-5053. You can also call the toll-free number at 844-420-6491 or visit the settlement website at www.HalevStateFarmClassAction.com.

*Copy*

WARNING: THIS DOCUMENT CONTAINS REVERSE DOCUMENT SECURITY FEATURES

HALE V. STATE FARM
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

56-1512
441

| | |
|---|---|
| CHECK NUMBER | DATE |
| 372601 | 10/23/2019 |

Void if not negotiated within one hundred eighty (180) days of date of issue

PAY EXACTLY ********** ONE HUNDRED FOUR AND 38/100 DOLLARS

AMOUNT
$104.38

PAY TO THE ORDER OF:

ERIC DAVIS

This check may not be cashed at a check cashing
agency or money service business.

*Branden L Worly*
Authorized Signature

DO NOT ALTER THE WORD VOID IS VISIBLE SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑈000037260⑈ ⑆044115126⑆ 01893646748⑈

MR. ERIC DAVIS
1885 CLARK DRIVE
TUCKER GEORGIA 30084

ATLANTA METRO 300

28 OCT 2019 PM 10 L

MAIL CLEARED
US MARSHALS

CLERK OF COURT
MARGARET M. ROBERTIE
750 MISSOURI AVENUE
EAST ST. LOUIS ILLINOIS 62201

6220182554 0002



RECEIVED

OCT 31 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE